# EXHIBIT A



# option *noun*

🔖 Save Word

op·tion | \ ˈäp-shən 🔊 \

### Definition of *option* (Entry 1 of 2)

**1** : an act of choosing
// hard to make an *option* between such alternatives

**2** **a** : the power or right to choose : freedom of choice
// He has the *option* to cancel the deal.

   **b** : a privilege of demanding fulfillment of a contract on any day within a specified time

   **c** : a contract conveying a right to buy or sell designated securities, commodities, or property interest at a specified price during a stipulated period
*also* : the right conveyed by an option
// The ad is for a condo to rent with an *option* to buy.

   **d** : a right of an insured person to choose the form in which payments due on a policy shall be made or applied

**3** : something that may be chosen: such as

   **a** : an alternative course of action
// didn't have many *options* open

   **b** : an item that is offered in addition to or in place of standard equipment
// A sunroof is one of the *options* that you can get with the car.

**4** : an offensive football play in which a back (see BACK entry 1 sense 3) may choose whether to pass or run with the ball
— called also *option play*

# option *verb*

**optioned**; **optioning**; **options**

### Definition of *option* (Entry 2 of 2)

*transitive verb*

**1** : to grant or take an option on

**2** : to acquire the exclusive right to use (an author's work) as the basis for a motion picture
// the studio *optioned* the novel for a film



TCL-CEV-00005551

- Choose the Right Synonym
- More Example Sentences
- Phrases Containing *option*
- Learn More About *option*

### Synonyms for *option*

**Synonyms: Noun**

accessory (*also* accessary), accoutrement (*or* accouterment), adapter (*also* adaptor), add-on, adjunct, appendage, appliance, attachment

Visit the Thesaurus for More →

### Choose the Right Synonym for *option*

**Noun**

CHOICE, OPTION, ALTERNATIVE, PREFERENCE, SELECTION, ELECTION mean the act or opportunity of choosing or the thing chosen. CHOICE suggests the opportunity or privilege of choosing freely. // freedom of *choice* // OPTION implies a power to choose that is specifically granted or guaranteed. // the *option* of paying now or later // ALTERNATIVE implies a need to choose one and reject another possibility. // equally attractive *alternatives* // PREFERENCE suggests a choice guided by one's judgment or predilections. // a *preference* for cool weather // SELECTION implies a range of choice. // a varied *selection* of furniture // ELECTION implies an end or purpose which requires exercise of judgment. // doing a tax return forces certain *elections* on you //

**Fortune 100 Companies Around...**

Rimon leverages technology to pioneer a new way of delivering the highest quality...

SPONSORED BY **RIMONLAW**

LEARN MORE

### Examples of *option* in a Sentence

**Noun**

// You have the *option* of staying home or coming with us.

// He has the *option* to cancel the deal.

// We have a wide range of *options* available to us.

See More ∨



// But, in many of America's largest cities, another *option*, which has none of the religious hangups of the Catholic school nor the price of private schools, has presented itself: the Chinese-language-immersion school.
— Jay Caspian Kang, *The New Yorker*, 18 Oct. 2022

// There's even an *option* to purchase a set that includes a pillow sham with the quilt to make your bed feel even cozier and more luxurious.
— Terri Williams, *Better Homes & Gardens*, 17 Oct. 2022

See More ⌄

These example sentences are selected automatically from various online news sources to reflect current usage of the word 'option.' Views expressed in the examples do not represent the opinion of Merriam-Webster or its editors. Send us feedback.

## Phrases Containing *option*

leave (someone) (with) no option

local option

nuclear option

stock option

option to buy

taken an option on

share option

## First Known Use of *option*

**Noun**
circa 1550, in the meaning defined at sense 1

**Verb**
1888, in the meaning defined at sense 1

**Fortune 100 Companies Around...**

Rimon leverages technology to pioneer a new way of delivering the highest quality...

SPONSORED BY RIMONLAW

LEARN MORE

## History and Etymology for *option*

**Noun and Verb**
French, from Latin *option-, optio* free choice; akin to Latin *optare* to choose





See more words from the same year

From the Editors at Merriam-Webster

**8 Words Traded on Wall Street and in Sports**

**The Nuclear Option**

### Dictionary Entries Near *option*

opt in
**option**
optional

See More Nearby Entries

### Statistics for *option*

**Last Updated**
21 Oct 2022

**Look-up Popularity**
Top 1% of words

### Cite this Entry

"Option." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/option. Accessed 1 Nov. 2022.

**Style:** MLA

## More Definitions for *option*

### option noun

op·tion | \ ˈäp-shən \

#### Kids Definition of *option*

1 : the power or right to choose

2 : a right to buy or sell something at a specified price during a specified period
    // took an *option* on the house

3 : something that may be chosen



**Merriam-Webster** SINCE 1828

# option noun

op·tion | \ ˈäp-shən \

## Legal Definition of *option* (Entry 1 of 2)

**1** : the power or right to choose

*also* : a choice made or available

**2** : a privilege of demanding fulfillment of a contract on any day within a specified time

**3** : a contract conveying in exchange for the payment of a premium a right to buy or sell designated securities, commodities, or interests in property at a specified price during a stipulated period

*also* : the right conveyed by such a contract

// decided to exercise his *option*

— **call option**

: an option to buy at a fixed price at or within a certain time

— compare put option in this entry

— **covered option**

: an option in which the optionor owns the security or commodity to be conveyed under the option

— compare naked option in this entry

— **futures option**

: an option on futures

— **incentive stock option** \ in-ˈsen-tiv- \

: a stock option granted by a corporation to its officers and employees as supplementary compensation that is subject to special tax treatment under the Internal Revenue Code

— **index option**

: an option on a stock index

— **naked option**

: an option in which the optionor does not own the security or commodity and will have to purchase it at market price if the optionee decides to exercise the option

— compare covered option in this entry

— **put option**

: an option to sell for a fixed price at or within a specified time

— **stock option**

: an option giving the optionee the right to purchase a specified number of shares of stock from a corporation at a specified price at or within a specified time

— see also incentive stock option in this entry

**4** : a right of an insured to choose the form in which various payments due him or her on a policy shall be made or applied

— **dividend option**

: an option allowing the owner of a participating insurance policy and especially a life insurance policy to determine how dividends are to be paid (as in cash or by being applied as payment for additional insurance)

— **installments-for-a-fixed-amount option**

: a settlement option in which the insurer retains the policy proceeds and makes periodic payments of a fixed amount until the proceeds are exhausted

— called also *fixed amount option*

— **installments-for-a-fixed-period option**

: a settlement option in which the policy proceeds are retained by the insurer and paid in





**— joint-and-last-survivorship option**

: an option in which the insurer makes periodic payments to two or more persons (as a husband and wife) of the proceeds or usually cash value of a policy until the death of the last survivor

**— life income option**

: a settlement option in which the insurer retains the policy proceeds and makes periodic payments for the beneficiary's life or for a specified number of years even after the beneficiary's death with payments to a different recipient

**— nonforfeiture option** \ ˌnän-ˈfȯr-fə-ˌchu̇r- \

: an option (as to surrender the policy for its cash value or convert the policy to one with a smaller face amount or to a term policy with a shorter period) available to a policyholder who has ceased paying premiums

**— settlement option**

: an option to receive payments of the proceeds of a life insurance policy other than by lump sum

# option  transitive verb

### Legal Definition of *option* (Entry 2 of 2)

: to grant or take an option on

// started buying or *optioning* riverfront land
— Rita Koselka

### More from Merriam-Webster on *option*

Nglish: Translation of *option* for Spanish Speakers

Britannica English: Translation of *option* for Arabic Speakers

Britannica.com: Encyclopedia article about *option*



#### WORD OF THE DAY

## sallow 🔊

See Definitions and Examples »

Get Word of the Day daily email!



TCL-CEV-00005556





#### TEST YOUR VOCABULARY

Words Named After People

Namesake of the *leotard*, Jules Léotard had what profession?

- Surgeon
- Firefighter
- Judge
- Acrobat

Test your visual vocabulary with our 10-question challenge!

TAKE THE QUIZ

A daily challenge for crossword fanatics.

TAKE THE QUIZ

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED

### WORDS AT PLAY





### 'Dunderhead' and Other 'Nicer' Ways to Say Stupid
As illustrated by some very smart pups

### 10 Words from Place Names
Bikini, bourbon, and badminton were places first

### 'Pride': The Word That Went From Vice to Strength
Do you take pride in Pride?

### When Were Words First Used?
Look up any year to find out

---

## ASK THE EDITORS

### Literally
How to use a word that (literally) drives some pe...

### 'All Intensive Purposes' or 'All Intents and Purposes'?
We're intent on clearing it up

### Lay vs. Lie
Editor Emily Brewster clarifies the difference.

### Hot Mess
"The public is a hot mess"

---

## WORD GAMES

### Challenging SAT Words
20 questions to help you score 1600
**TAKE THE QUIZ**

### Face Your Fears
Don't be scared to answer these questions about f...
**TAKE THE QUIZ**

### Name That Thing
Test your visual vocabulary with our 10-question ...
**TAKE THE QUIZ**

### Spelling Bee Quiz
Can you outdo past winners of the National Spelli...
**TAKE THE QUIZ**

---

Learn a new word every day. Delivered to your inbox!    Your email address    SUBSCRIBE

---

OTHER MERRIAM-WEBSTER DICTIONARIES

MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY

SCRABBLE® WORD FINDER

MERRIAM-WEBSTER DICTIONARY API

NGLISH - SPANISH-ENGLISH TRANSLATION

BRITANNICA ENGLISH - ARABIC TRANSLATION



Browse the Thesaurus | Browse the Medical Dictionary | Browse the Legal Dictionary

© 2022 Merriam-Webster, Incorporated

