# EXHIBIT C



2 entries found for "indication" in the Unabridged Dictionary
*Exact matches:*

**Indication** (noun)

See all matches containing "indication" »

**Unabridged Dictionary**   Collegiate Dictionary   Collegiate Thesaurus   Medical Dictionary

## in·di·ca·tion *noun* \ˌin-də-ˈkā-shən\

*inflected form(s): plural -s*

**1** : the action of indicating

**2 a** : something (as a signal, sign, suggestion) that serves to indicate

<refusal to accept the gift was an *indication* of her displeasure>

<gave no *indication* that he heard me>

<an *indication* of what they could expect>

*specifically* : a symptom or particular circumstance that indicates the advisability or necessity of (as a specific medical treatment or procedure)

<postpartum hemorrhage is the chief *indication* for the use of ergot preparations and derivatives — C. H. Thienes>

**b** : something that is indicated as advisable or necessary

<in case of collapse the immediate *indication* is artificial respiration — *Journal of the American Medical Association*>

**3** : the degree indicated in a specific instance or at a specific time on a graduated physical instrument (as a thermometer) : READING

**4** : suggestion (as by the use of conventionalized techniques or symbols) of architectural features (as in a drawing) rather than detailed representation of such features

<cross-hatching is used as an *indication* of brick>

— **in·di·ca·tion·al** \ˌin-də-ˈkā-shnəl, -shə-nᵊl\ *adjective*

### Origin of INDICATION

Middle French, from Medieval Latin *indication-, indicatio* action of pointing out, from Latin, valuation, price, from *indicatus* (past participle of *indicare* to indicate) + *-ion-, -io* -ion

First Known Use: 15th century (sense 2a)