# EXHIBIT B

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| CUTTING EDGE VISION, L.L.C. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No. 6:22-CV-00285-ADA |
| | ) | |
| TCL TECHNOLOGY GROUP CORPORATION, TCL ELECTRONICS HOLDINGS LIMITED, TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, and TCL COMMUNICATIONS LIMITED | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**JUSTIN J. LESKO'S DECLARATION IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' OPENING CLAIM CONSTRUCTION BRIEF**

I, Justin J. Lesko, declare as follows.

1. I am a Partner at the Law Offices of Lisa & Lesko, LLC and am one of the attorneys representing Cutting Edge Vision, LLC ("CEV") in this matter. I make this declaration in support of CEV's Response to Defendants' Opening Claim Construction Brief. If called to testify under oath in court, I could and would testify competently as to the facts stated herein.

2. Attached hereto as Exhibit C is a true and correct copy of U.S. Patent No. 10,063,761, marked as Plaintiff's Exhibit 4.

3. Attached hereto as Exhibit D is a true and correct copy of U.S. Patent No. 11,153,472, marked as Plaintiff's Exhibit 4A.

4. Attached hereto as Exhibit E are true and correct copies of certain portions of the file history of U.S. Patent No. 10,063,761.

5. Attached hereto as Exhibit F are true and correct copies of certain portions of the file history of U.S. Patent No. 11,153,472.

6. Attached hereto as Exhibit G are true and correct copies of certain portions of the file history of U.S. Patent No. 9,936,116.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief, formed after reasonable inquiry under the circumstances

Date: December 12, 2022						By:   /s/ Justin J. Lesko

								Justin J. Lesko