# EXHIBIT E

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | | | |
|---|---|---|---|---|---|
| Title | : | AUTOMATIC UPLOAD OF PICTURES FROM A CAMERA | | | |
| Serial. No. | : | 14/950,370 | Confirmation No. | : | 6709 |
| Applicant | : | Jeffrey C. Konicek | TC/A.U. | : | 2852 |
| Filed | : | November 23, 2015 | Examiner | : | Rodney E. Fuller |

| | | |
|---|---|---|
| Docket No. | : | Torpere-F04-512 |
| Customer No. | : | 107554 |

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

## <u>SUPPLEMENTAL AMENDMENT TO THE CLAIMS</u>

Dear Examiner:

In view of subject matter the Examiner found allowable in related Application No. 15,188,736, Applicant files herewith a supplemental amendment to the claims to also place the claims herein in condition for allowance. This amendment supplements Applicant's response to non-final office action and related amendments timely filed on December 20, 2017.

**Amendments to the Claims** begin on page 2 below.

**Applicant's Interview Summary and Remarks** begin on page 9 below.

CEV-0030658

**AMENDMENTS TO THE CLAIMS**

This listing of claims will replace all prior versions, and listings, of claims in the application.

1 – 20. (Canceled)

21. (Currently Amended) A camera system comprising:

(a) a lens;

(b) a ~~WIFI~~ cellular interface;

(c) an image sensor configured to take pictures;

(d) a non-volatile local memory configured to store one or more pictures;

(e) a touch sensitive display~~, configured to display:~~

~~(1) a user-selectable menu option to designate one or more pictures stored in the non-volatile memory to be uploaded to a remote picture hosting service, and~~

~~(2) a user-selectable menu option to enable a controller to automatically connect to the remote picture hosting service and upload designated pictures stored in the non-volatile memory via the WIFI interface;~~

(f) ~~the~~ a controller configured to:

(i) receive, via the touch sensitive display, a user selection of an upload option that instructs the device to confine automatic picture upload to periods without potential cellular network access fees;

(ii) automatically connect to ~~the~~ a remote picture hosting service and cause an upload of one or more pictures stored in the non-volatile memory to the remote picture hosting service via the ~~WIFI~~ cellular interface, after ~~predetermined conditions are met, the predetermined conditions including~~ receiving:

(1) data from the cellular interface used by the controller to determine that the upload is allowed based on the selected upload option, ~~an indication that the menu options of elements (e)(1) and (e)(2) have been enabled, and~~

(2) an indication that the system is connected to the internet via the ~~WIFI~~ cellular interface; and

2

CEV-0030659

> ~~(3) an indication from the local memory that a user has elected an option to designate~~
>> ~~at least one picture from the group of pictures stored in the local memory to be~~
>> ~~uploaded to the remote picture hosting service.~~

~~(g) a wireless cellular interface;~~

~~(h) the touch-sensitive display further configured to display a user-selectable menu option to enable the controller to automatically connect to the remote picture hosting service and upload designated pictures stored in the non-volatile memory via the wireless cellular interface;~~

~~(i) the controller further configured to automatically connect to the remote picture hosting service and cause an upload of one or more pictures stored in the non-volatile memory to the remote picture hosting service via the wireless cellular interface, after predetermined conditions are met, the predetermined conditions including receiving:~~

>> ~~(1) an indication that the menu options of elements (e)(i) and (h) have been enabled; and~~

>> ~~(2) an indication that the system is connected to the internet via the wireless cellular interface.~~

22. (Canceled).

23. (Previously Presented) The camera system of claim 21 wherein the remote picture hosting service is associated with an email account.

24. (Previously Presented) The camera system of claim 21 further comprising:

(g) a voice recognizer (1) coupled to and configured to receive and process sounds transduced by at least one microphone, and (2) configured to recognize one or more words associated with an operation for the camera;

(h) the controller further configured to cause the camera to perform the operation associated with the one or more words recognized by the voice recognizer.

25. (Previously Presented) The camera system of claim 21, wherein the remote picture hosting service includes printing services.

3

CEV-0030660

26.  (Previously Presented) The camera system of claim 21 further comprising a camera body and a stylus housed within the camera body.

27.  (Currently Amended) The camera system of claim 21, wherein the controller is further configured ~~with a picture editor for~~to ~~creating~~create and ~~storing~~store a picture sequence file in the non-volatile memory, the picture sequence file comprising:

> (1) a first picture taken with the image sensor and stored in the non-volatile memory;
>
> (2) a second picture taken with the image sensor and stored in the non-volatile memory;
>
> (3) data from a sound file downloaded via the WIFI interface and stored in the non-volatile memory.

28.  (Previously Presented) The camera system of claim 27, wherein the controller is further configured to upload the picture sequence file to the remote picture hosting service via the WIFI interface.

29.  (Previously Presented) The camera system of claim 21 wherein the controller is configured to receive a selection of specific pictures stored in the non-volatile memory to be uploaded to the remote picture hosting service.

30. (Currently Amended) ~~The camera system of claim 21 further comprising:~~
> ~~(g) first and second microphones facing different directions and configured to receive and detect sound signals; and~~
> ~~(h) a detector coupled to the microphones and configured to receive, process and combine sound signals detected at the microphones.~~ A camera system comprising:
> ~~(a) a lens;~~
> ~~(b) two or more network interfaces, including at least a WIFI interface and a wireless cellular interface;~~
> ~~(c) an image sensor configured to take pictures;~~
> ~~(d) a non-volatile memory configured to store one or more pictures;~~
> ~~(e) a touch-sensitive display configured to display:~~

4

CEV-0030661

~~(1) a user-selectable menu option to designate one or more pictures stored in the non-volatile memory to be uploaded to a remote picture hosting service, and~~

~~(2) a user-selectable menu option to enable a controller to automatically connect to the remote picture hosting service and upload designated pictures stored in the non-volatile memory; and~~

~~(f) the controller configured to:~~

~~(1) automatically connect to the remote picture hosting service and cause an upload of one or more pictures stored in the non-volatile memory to the remote picture hosting service via one of the two or more network interfaces, after predetermined conditions are met, the predetermined conditions including receiving:~~

~~(i) an indication that the menu options of elements (e)(1) and (e)(2) have been enabled, and~~

~~(ii) an indication that the system is connected to the internet via at least one of the two or more network interfaces; and~~

~~(2)      cause the upload to occur via the WIFI interface if the system is connected to the internet via both the WIFI interface and the wireless cellular interface.~~

31. (Currently Amended ) The camera system of claim 30 wherein the ~~remote picture hosting service is associated with an email account~~detector is coupled to a voice recognizer.

32. (Currently Amended) The camera system of claim ~~30~~ 21 further comprising:

(g) the non-volatile local memory configured to maintain and store a plurality of recognizable words having different plain meanings and commonly associated with taking a picture, the recognition of any of which will cause the camera to take a picture;

(h) the controller including a control program having instructions to control and respond to a voice recognizer;

(i) the a voice recognizer (1) coupled to and configured to receive and process sounds transduced by at least one microphone, and (2) configured to receive a first and a second human sound spoken by the same person, wherein the voice recognizer is operable to recognize using speaker-independent voice-recognition;

5

(i) the first human sound as a first human spoken word from among the plurality, the recognized first human spoken word being assigned by the control program to be a command for the camera to take a picture, and

(ii) the second human sound as a second human spoken word from among the plurality, the recognized second human spoken word being different from the first human spoken word and also simultaneously assigned by the control program to be the same camera command to take a picture~~recognize one or more words associated with an operation for the camera;~~

~~(h) the controller further configured to cause the camera to perform the operation associated with the one or more words recognized by the voice recognizer.~~

33. (Currently Amended) The camera system of claim ~~30~~32, wherein the voice recognizer is configured to receive and process a third human sound to be recognized as a third word that is different from the first and second words and is used by the control program to perform a second camera command~~remote picture hosting service includes printing services.~~

34. (Currently Amended) The camera system of claim ~~30~~33, wherein the controller is configured to delay the second camera command for an intentional period of time after the voice recognizer recognizes the third word~~further comprising a camera body and a stylus housed within the camera body.~~

35. (Currently Amended) The camera system of claim ~~30~~32, wherein one of the words is "snap."~~the controller is further configured with a picture editor for creating and storing a picture sequence file in the non-volatile memory, the picture sequence file comprising:~~
~~(1) a first picture taken with the image sensor and stored in the non-volatile memory;~~
~~(2) a second picture taken with the image sensor and stored in the non-volatile memory;~~
~~(3) data from a sound file downloaded via one of the two or more interfaces and stored in the non-volatile memory.~~

6

CEV-0030663

36.  (Currently Amended) The camera system of claim ~~33~~ 32, wherein one of the words is "cheese." ~~the controller is further configured to upload the picture sequence file to the remote picture hosting service via one of the two or more interfaces.~~

37.  (Currently Amended) The camera system of claim ~~30~~ 21 wherein the controller is configured to cause uploaded pictures to thereafter be transmitted to another party ~~receive a selection of specific pictures stored in the non-volatile memory to be uploaded to the remote picture hosting service~~.

38. (Currently Amended) A camera system comprising:

(a) a lens;

(b) ~~two or more network interfaces, including at least a WIFI interface and~~ a wireless cellular interface;

(c) an image sensor configured to take pictures;

(d) a non-volatile memory configured to store one or more pictures;

(e) a touch sensitive display ~~configured to display:~~

~~(1) a user-selectable menu option to designate one or more pictures stored in the non-volatile memory to be uploaded to a remote picture hosting service;~~

~~(2) a user-selectable menu option to enable a controller to automatically connect to the remote picture hosting service and upload designated pictures stored in the non-volatile memory via at least one of the network interfaces;~~

~~(3) a user-selectable menu option to enable the controller to automatically connect to a home computer and upload designated pictures stored in the non-volatile memory via the WIFI interface~~; and

(f) ~~the a~~ controller configured to

(1) receive, via the touch sensitive display, a user selection of an upload option that instructs the device to confine automatic picture upload to periods without potential cellular network access fees;

(2) automatically connect to ~~the a~~ remote picture hosting service and cause an upload of one or more pictures stored in the non-volatile memory to the remote picture hosting service via ~~at least one of the network~~ the cellular interface~~s~~, after

7

CEV-0030664

~~predetermined conditions are met, the predetermined conditions including at least~~ receiving:

(i) data from the cellular interface used by the controller to determine that the upload is allowed based on the selected upload option~~an indication that the menu options of elements (e)(1) and (e)(2) have been enabled~~;

(ii) an indication that the system is connected to the internet via ~~either of~~ the ~~network~~ cellular interface~~s~~ to the remote picture hosting service; and

(iii) an indication from the local memory that a user has elected an option to designate at least one picture from the group of pictures stored in the local memory to be uploaded to the remote picture hosting service;

(~~2~~3)    automatically ~~connect to the home computer and~~ cause an upload of one or more pictures stored in the non-volatile memory to ~~the~~ a home computer via the ~~WIFI~~ cellular interface, after predetermined conditions are met, the predetermined conditions including at least receiving:

(i) data from the cellular interface used by the controller to determine that the upload is allowed based on the selected upload option~~an indication that the menu options of elements (e)(1) and (e)(2) have been enabled~~; and

(ii) an indication from the local memory that a user has elected an option to designate at least one picture from the group of pictures stored in the local memory to be uploaded to the home computer~~that the system is connected to the home computer via the WIFI interface~~.

39. (Previously Presented) The camera system of claim 38 further comprising:

(g) a voice recognizer (1) coupled to and configured to receive and process sounds transduced by at least one microphone, and (2) configured to recognize one or more words associated with an operation for the camera;

(h) the controller further configured to cause the camera to perform the operation associated with the one or more words recognized by the voice recognizer.

40. (Previously Presented) The camera system of claim 38 further comprising a camera body and a stylus housed within the camera body.

8

CEV-0030665

### INTERVIEW SUMMARY AND REMARKS

On January 30, 2018, Examiner Rodney Fuller and the undersigned counsel of record Justin Lesko conducted a brief interview. During the interview, Mr. Lesko pointed out that the Examiner issued a notice of allowance in related Application No. 15/188,736 ("the '736 Application") on January 19, 2018. Although Applicant maintains that the claims filed with Applicant's Response to NFOA dated December 20, 2017 are patentable, Mr. Lesko proposed that (in the interest of compact and efficient prosecution) an amendment to the claims should be filed in the present case to include the allowable subject matter from the '736 Application, which would result in prompt allowance. The Examiner agreed and instructed Applicant to file a supplemental amendment herein.

Accordingly, without prejudice or disclaimer of the previously claimed subject matter, which Applicant expressly reserves the right to pursue in one more continuation applications, Applicant has amended the claims as set forth herein to claim allowable subject matter from the '736 Application.

In view of the above, Applicant believes that claims 21 and 23-40 are in condition for allowance. If the Examiner has any questions or believes an interview would expedite prosecution of this case, please contact the undersigned.

Respectfully Submitted,

/Justin J. Lesko/
Justin J. Lesko
Reg. No. 69,643

Dated: February 8, 2018

Law Offices of Steven G. Lisa, Ltd.
55 East Monroe Street Suite 3800
Chicago, IL 60603
Telephone: (773) 484-3285

*Attorney for Applicant*

9

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | | | |
|---|---|---|---|---|---|
| Title | : | AUTOMATIC UPLOAD OF PICTURES FROM A CAMERA | | | |
| Serial. No. | : | 14/950,370 | Confirmation No. | : | 6709 |
| Applicant | : | Jeffrey C. Konicek | TC/A.U. | : | 2852 |
| Filed | : | November 23, 2015 | Examiner | : | Rodney E. Fuller |

| | | |
|---|---|---|
| Docket No. | : | Torpere-F04-512 |
| Customer No. | : | 107554 |

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

### RESPONSE TO NON-FINAL-OFFICE ACTION

Dear Examiner:

This submission is responsive to the Office Action issued in the above-captioned application dated June 20, 2017. A request for a three month extension of time, together with the required fee, is provided herewith.

**Amendments to the Drawings** begin on page 2 below.

**Amendments to the Specification** begin on page 3 below.

**Amendments to the Claims** begin on page 4 below.

**Applicant's Remarks** begin on page 10 below.

CEV-0030670

## AMENDMENTS TO THE DRAWINGS

Please replace Figures 1, 2, 3, 4, and 5a-c with replacement Figures 1A, 1B, 2, 3, 4, 5A, 5B, and 5C. The replacement figures are included on sheets 1/8 through 8/8 submitted herewith and identified as "Replacement Sheets."

2

CEV-0030671

## AMENDMENTS TO THE SPECIFICATION

Applicant herewith submits a substitute specification including reference to the stylus and picture editor in the drawings.  The substitute specification is submitted with markings and accompanied by a clean version without markings in compliance with 37 CFR 1.52, 1.121(b)(3) and 1.125.  In accordance with 37 CFR 1.125(b), Applicant believes that the substitute specification contains no new matter.

CEV-0030672

## AMENDMENTS TO THE CLAIMS

This listing of claims will replace all prior versions, and listings, of claims in the application.

1 – 20. (Canceled)

21. (Currently Amended) A camera system comprising:

    (a) a lens;

    (b) a WIFI interface;

    (c) an image sensor configured to take pictures;

    (d) a non-volatile memory configured to store one or more pictures;

    (e) a touch sensitive display configured to display:

        (1) a user-selectable menu option to designate one or more pictures stored in the non-volatile memory to be uploaded to a remote picture hosting service; and

        (2) a user-selectable menu option to enable a controller to automatically connect to the remote picture hosting service and upload designated pictures stored in the non-volatile memory via the WIFI interface;

    (f) the controller configured to automatically connect to the remote picture hosting service and cause an upload of one or more pictures stored in the non-volatile memory to the remote picture hosting service via the WIFI interface, after predetermined conditions are met, the predetermined conditions including receiving:

        (1) an indication that the menu options of elements (e)(1) and (e)(2) have been enabled; and

    (2) an indication that the system is connected to the internet via the WIFI interface;

    ~~(g) a wireless cellular interface;~~

    ~~(h) the touch sensitive display further configured to display a user-selectable menu option to enable the controller to automatically connect to the remote picture hosting service and upload designated pictures stored in the non-volatile memory via the wireless cellular interface;~~

    ~~(i) the controller further configured to automatically connect to the remote picture hosting service and cause an upload of one or more pictures stored in the non-volatile memory to the remote picture hosting service via the wireless cellular interface, after predetermined conditions are met, the predetermined conditions including receiving:~~

4

~~(1) an indication that the menu options of elements (e)(1) and (h) have been enabled; and~~

~~(2) an indication that the system is connected to the internet via the wireless cellular interface.~~

22.  (Canceled).

23.  (Previously Presented) The camera system of claim 21 wherein the remote picture hosting service is associated with an email account.

24.  (Previously Presented) The camera system of claim 21 further comprising:

(g) a voice recognizer (1) coupled to and configured to receive and process sounds transduced by at least one microphone, and (2) configured to recognize one or more words associated with an operation for the camera;

(h) the controller further configured to cause the camera to perform the operation associated with the one or more words recognized by the voice recognizer.

25.  (Previously Presented) The camera system of claim 21, wherein the remote picture hosting service includes printing services.

26.  (Previously Presented) The camera system of claim 21 further comprising a camera body and a stylus housed within the camera body.

27.  (Previously Presented) The camera system of claim 21, wherein the controller is further configured with a picture editor for creating and storing a picture sequence file in the non-volatile memory, the picture sequence file comprising:

(1) a first picture taken with the image sensor and stored in the non-volatile memory;

(2) a second picture taken with the image sensor and stored in the non-volatile memory;

(3) data from a sound file downloaded via the WIFI interface and stored in the non-volatile memory.

5

CEV-0030674

28. (Previously Presented) The camera system of claim 27, wherein the controller is further configured to upload the picture sequence file to the remote picture hosting service via the WIFI interface.

29. (Previously Presented) The camera system of claim 21 wherein the controller is configured to receive a selection of specific pictures stored in the non-volatile memory to be uploaded to the remote picture hosting service.

30. (Previously Presented) A camera system comprising:

    (a) a lens;

    (b) two or more network interfaces, including at least a WIFI interface and a wireless cellular interface;

    (c) an image sensor configured to take pictures;

    (d) a non-volatile memory configured to store one or more pictures;

    (e) a touch sensitive display configured to display:

        (1) a user-selectable menu option to designate one or more pictures stored in the non-volatile memory to be uploaded to a remote picture hosting service; and

        (2) a user-selectable menu option to enable a controller to automatically connect to the remote picture hosting service and upload designated pictures stored in the non-volatile memory; and

    (f) the controller configured to:

        (1) automatically connect to the remote picture hosting service and cause an upload of one or more pictures stored in the non-volatile memory to the remote picture hosting service via one of the two or more network interfaces, after predetermined conditions are met, the predetermined conditions including receiving:

        (i) an indication that the menu options of elements (e)(1) and (e)(2) have been enabled; and

        (ii) an indication that the system is connected to the internet via at least one of the two or more network interfaces; and

CEV-0030675

(2) cause the upload to occur via the WIFI interface if the system is connected to the internet via both the WIFI interface and the wireless cellular interface.

31. (Previously Presented) The camera system of claim 30 wherein the remote picture hosting service is associated with an email account.

32. (Previously Presented) The camera system of claim 30 further comprising:

(g) a voice recognizer (1) coupled to and configured to receive and process sounds transduced by at least one microphone, and (2) configured to recognize one or more words associated with an operation for the camera;

(h) the controller further configured to cause the camera to perform the operation associated with the one or more words recognized by the voice recognizer.

33. (Previously Presented) The camera system of claim 30, wherein the remote picture hosting service includes printing services.

34. (Previously Presented) The camera system of claim 30 further comprising a camera body and a stylus housed within the camera body.

35. (Previously Presented) The camera system of claim 30, wherein the controller is further configured with a picture editor for creating and storing a picture sequence file in the non-volatile memory, the picture sequence file comprising:

(1) a first picture taken with the image sensor and stored in the non-volatile memory;
(2) a second picture taken with the image sensor and stored in the non-volatile memory;
(3) data from a sound file downloaded via one of the two or more interfaces and stored in the non-volatile memory.

36. (Previously Presented) The camera system of claim 35, wherein the controller is further configured to upload the picture sequence file to the remote picture hosting service via one of the two or more interfaces.

7

37.  (Previously Presented) The camera system of claim 30 wherein the controller is configured to receive a selection of specific pictures stored in the non-volatile memory to be uploaded to the remote picture hosting service.

38. (Previously Presented) A camera system comprising:

    (a) a lens;

    (b) two or more network interfaces, including at least a WIFI interface and a wireless cellular interface;

    (c) an image sensor configured to take pictures;

    (d) a non-volatile memory configured to store one or more pictures;

    (e) a touch sensitive display configured to display:

        (1) a user-selectable menu option to designate one or more pictures stored in the non-volatile memory to be uploaded to a remote picture hosting service;

        (2) a user-selectable menu option to enable a controller to automatically connect to the remote picture hosting service and upload designated pictures stored in the non-volatile memory via at least one of the network interfaces;

        (3) a user-selectable menu option to enable the controller to automatically connect to a home computer and upload designated pictures stored in the non-volatile memory via the WIFI interface; and

    (f) the controller configured to

        (1) automatically connect to the remote picture hosting service and cause an upload of one or more pictures stored in the non-volatile memory to the remote picture hosting service via at least one of the network interfaces, after predetermined conditions are met, the predetermined conditions including at least receiving:

            (i) an indication that the menu options of elements (e)(1) and (e)(2) have been enabled;

            (ii) an indication that the system is connected to the internet via either of the network interfaces to the remote picture hosting service;

        (2) automatically connect to the home computer and cause an upload of one or more pictures stored in the non-volatile memory to the home computer via the WIFI

8

CEV-0030677

interface, after predetermined conditions are met, the predetermined conditions including at least receiving:

(i) an indication that the menu options of elements (e)(1) and (e)(3) have been enabled;

(ii) an indication that the system is connected to the home computer via the WIFI interface.

39.  (Previously Presented) The camera system of claim 38 further comprising:

(g) a voice recognizer (1) coupled to and configured to receive and process sounds transduced by at least one microphone, and (2) configured to recognize one or more words associated with an operation for the camera;

(h) the controller further configured to cause the camera to perform the operation associated with the one or more words recognized by the voice recognizer.

40.  (Previously Presented) The camera system of claim 38 further comprising a camera body and a stylus housed within the camera body.

9

CEV-0030678

## REMARKS

The Examiner's June 20, 2017 Non-Final Office Action ("NFOA") in this application is received with thanks.  Claims 21 and 23-40 are currently pending.

In the NFOA, the Examiner objected to the drawings under 37 CFR 1.83(a) as not showing "a stylus housed within the camera body" and "a picture editor."  Applicant herewith amends the drawings to show those items, and Applicant amends the specification to reference the figures.  No new matter has been added, as the figures have been amended simply to items already present in the original specification.

In addition, Applicant amends Claims 21 solely to expedite prosecution and focus the issues, and cancels Claim 22, which is redundant in view of the amendments to Claim 21. Applicant traverses the non-final rejections of Claims 21 and 23-40, as discussed below.

## Summary of the Non-Final Rejections

The June 20, 2017, Non-Final Office Action includes the following non-final rejections:

- Claims 21, 23-24 and 29 stand provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 21-26 and 28-40 of copending Application No. 15/188,746;

- Claims 21 and 23-40 stand rejected under pre-AIA 35 U.S.C. § 112 first paragraph, as failing to comply with the enablement requirement;

- Claims 21, 23, 25-31, 33-38, and 40 stand rejected under pre-AIA 35 U.S.C. § 102(e) as being anticipated by Rothschild (U.S. 2006/0114338);

- Claims 24, 32, and 39 stand rejected under pre-AIA 35 U.S.C. § 103(a) as being unpatentable over Rothshild in view of Imamura (U.S. 2005/00168579).

Applicant believes these rejections must be withdrawn and respectfully requests allowance of Claims 21-26 and 28-40.

## Applicant's Response to the Non-Final Rejections

## I.    The Provisional Double Patenting Rejections are Moot

The claims of copending Application No. 15/188,746 have been amended, and therefore, the Examiner's provisional double patenting rejections from the NFOA are moot.  Applicant requests that the Examiner withdraw these rejections.

CEV-0030679

## II.    The Claims are Enabled

MPEP 2164.01 Recites: "Any analysis of whether a particular claim is supported by the disclosure in an application requires a determination of whether that disclosure, when filed, contained sufficient information regarding the subject matter of the claims as to enable one skilled in the pertinent art to make and use the claimed invention. The standard for determining whether the specification meets the enablement requirement was cast in the Supreme Court decision of *Minerals Separation Ltd. v. Hyde*, 242 U.S. 261, 270 (1916) which postured the question: is the experimentation needed to practice the invention undue or unreasonable? That standard is still the one to be applied. *In re Wands*, 858 F.2d 731, 737, 8 USPQ2d 1400, 1404 (Fed. Cir. 1988). Accordingly, even though the statute does not use the term "undue experimentation," it has been interpreted to require that the claimed invention be enabled so that any person skilled in the art can make and use the invention without undue experimentation. *In re Wands*, 858 F.2d at 737, 8 USPQ2d at 1404 (Fed. Cir. 1988). See also United States v. Telectronics, Inc., 857 F.2d 778, 785, 8 USPQ2d 1217, 1223 (Fed. Cir. 1988) ("The test of enablement is whether one reasonably skilled in the art could make or use the invention from the disclosures in the patent coupled with information known in the art without undue experimentation."). A patent need not teach, and preferably omits, what is well known in the art. *In re Buchner*, 929 F.2d 660, 661, 18 USPQ2d 1331, 1332 (Fed. Cir. 1991); *Hybritech, Inc. v. Monoclonal Antibodies, Inc.*, 802 F.2d 1367, 1384, 231 USPQ 81, 94 (Fed. Cir. 1986), cert. denied, 480 U.S. 947 (1987); and *Lindemann Maschinenfabrik GMBH v. American Hoist & Derrick Co.*, 730 F.2d 1452, 1463, 221 USPQ 481, 489 (Fed. Cir. 1984). Any part of the specification can support an enabling disclosure, even a background section that discusses, or even disparages, the subject matter disclosed therein. *Callicrate v. Wadsworth Mfg., Inc.*, 427 F.3d 1361, 77 USPQ2d 1041 (Fed. Cir. 2005)(discussion of problems with a prior art feature does not mean that one of ordinary skill in the art would not know how to make and use this feature).

First, with respect to "menu options" (Claim 21(e), Claim 21(h), Claim 30(e), and Claim 38(e)) the Examiner appears to be focused on the fact that the specification may not explicitly describe each function as a "menu option." However, a person of ordinary skill in the art at the time of the invention would immediately see the disclosure of menu options in Applicant's specification and the various functions of the device claimed, and recognize how to include those claimed functions as part of menus in the device. As stated above, the specification need not

CEV-0030680

teach, and preferably omits, what is known in the art. Undue experimentation would not be required to turn the various functions identified above into menu options, which is not a complicated process.

Similarly, with respect to "receiving an indication" (Claim 21(f), Claim 21(i), Claim 30(f), and Claim 38(f)), the examiner is focused on a specific word – "indication" – and the usage of that particular word in the specification. However, "[t]he test for sufficiency of support in a parent application is whether the disclosure of the application relied upon "reasonably conveys to the artisan that the inventor had possession at that time of the later claimed subject matter." *Ralston Purina Co. v. Far-Mar-Co., Inc.*, 772 F.2d 1570, 1575, 227 USPQ 177, 179 (Fed. Cir. 1985) (quoting *In re Kaslow*, 707 F.2d 1366, 1375, 217 USPQ 1089, 1096 (Fed. Cir. 1983)). Thus, there is no requirement for Applicant to use the word "indication" throughout the specification in order for the claims to be supported. Applicant's support in the specification is specific – when certain conditions are met, certain uploads occur. And the fact that an "indication" (i.e, some sort of proof in the form of an electronic signal) of a met condition was received would immediately be understood by a skilled artisan without the need for undue experimentation.

The NFOA also asserts that the specification does not support "picture editor." However, no explanation is provided by the Examiner. According to M.P.E.P. 2164.04: "In order to make a rejection, the examiner has the initial burden to establish a reasonable basis to question the enablement provided for the claimed invention." *In reWright*, 999 F.2d 1557, 1562, 27 USPQ2d 1510, 1513 (Fed. Cir. 1993) (examiner must provide a reasonable explanation as to why the scope of protection provided by a claim is not adequately enabled by the disclosure). The Examiner, by providing no explanation, has failed to meet his burden here. Accordingly, Applicant simply refers the examiner to the claim support chart provided by Applicant on November 24, 2015.

As to "two or more network interfaces" (Claim 30(b), Claim 36, Claim 38(b)), the NFOA correctly points to paragraph [0038]: "the inventive camera system automatically connects to the internet preferably via WIFI, although cellular network, etc. connection *is also contemplated.*" This paragraph states *explicitly* that both types of network connections (and thus, corresponding interfaces) are contemplated for the same inventive camera system at the same time. A skilled artisan would readily understand that different interfaces are required and known at the time of

12

the invention for connecting to those networks, without undue experimentation.   Paragraph [0037] reinforces the point that both networks are available, and WIFI is often preferred.

In view of the above, Applicant respectfully requests for the Examiner to withdraw the rejections based upon pre-AIA 35 U.S.C. § 112 first paragraph.

### III.    The Anticipation Rejections Are Based on A Fundamental Misunderstanding of Applicant's claims

"A claim is anticipated *only if* each and every element as set forth in the claim is found, either expressly or inherently described, in a single prior art reference." *Verdegaal Bros. v. Union Oil Co. of California*, 814 F.2d 628, 631 (Fed. Cir. 1987).  "The identical invention must be shown in as complete detail as is contained in the ... claim." *Richardson v. Suzuki Motor Co.*, 868 F.2d 1226, 1236 (Fed. Cir. 1989).

The anticipation rejections from the NFOA are improper for many reasons.  However, for the sake of brevity and to expedite prosecution, Applicant focuses on a single (and critical) issue: in view of Applicant's amendment to Claim 21, each of the independent claims (Claims 21, 30 and 38) recites a single camera with at least *two separate and distinct network* interfaces, including at least a WIFI interface *and* a wireless *cellular* interface.  The WIFI interface is used by the camera for connecting and uploading via WIFI, and the cellular interface is used by the camera for connecting and uploading via the cellular network.

On this basis alone, the anticipation rejections *must* be withdrawn because Rothschild does not show a cellular interface in a camera for uploading pictures, let alone a camera with both a WIFI and cellular interface.  Moreover, Applicant's inventive camera, unlike Rothschild, uploads over either interface and either type of wireless protocol.   Put simply, each and every element of the independent claims cannot be found in Rothschild.

The distinction is important, because Applicant's claims are focused (for example) on inventive camera configurations that involve both interfaces.  With respect to Claim 21, the camera provides options for the user to choose which interface should be used for automatic uploading.  The upload will automatically occur when  the appropriate connection is made based on the particular options selected (i.e., over cellular if that option is selected and a connection is made, or instead, over WIFI when that option is selected and the connection is made).

13

In claim 30, automatic uploads will occur over either interface, but the WIFI interface is "preferred" over cellular, so that the camera will automatically use that interface (instead of cellular) if both connections are simultaneously available.

In claim 38, automatic uploads will occur over either of the two interfaces, and in addition, an option is available to connect to the home computer via WIFI for purposes of uploading pictures.

None of these features are disclosed by Rothschild (which does not even disclose a camera with a cellular interface), and therefore the anticipation rejections based on Rothschild must be withdrawn.


IV.    **The Section § 103(a) Rejections Should be Withdrawn For Similar Reasons**

Claims 23-25 are allowable over the combination of Rothchild and Imamura based upon (at minimum) the deficiencies with Rothchild identified above.

**Conclusion**

In view of the above, Applicant believes that claims 21 and 23-40 are in condition for allowance.  If the Examiner has any questions or believes an interview would expedite prosecution of this case, please contact the undersigned.

Respectfully Submitted,

/Justin J. Lesko/

Justin J. Lesko
Reg. No. 69,643

Dated: December 20, 2017

Law Offices of Steven G. Lisa, Ltd.
55 East Monroe Street Suite 3800
Chicago, IL 60603
Telephone: (773) 484-3285

*Attorney for Applicant*

14

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | | | | |
|---|---|---|---|---|---|
| Title | : | AUTOMATIC UPLOAD OF PICTURES FROM A CAMERA | | | |
| Serial. No. | : | TBD | Confirmation No. | : | TBD |
| Applicant | : | Jeffrey C. Konicek | TC/A.U. | : | TBD |
| Filed | : | November 23, 2015 | Examiner | : | TBD |

| | | |
|---|---|---|
| Docket No. | : | Torpere-F04-512 |
| Customer No. | : | 68468 |

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

<u>**PRELIMINARY AMENDMENT**</u>

Dear Sir:

**Amendments to the Specification** begin on page 2 below.

**Amendments to the Drawings** begin on page 3 below.

**Amendments to the Claims** begin on page 4 below.

**Applicant's Remarks** begin on page 10 below.

CEV-0030924

## <u>AMENDMENTS TO THE SPECIFICATION</u>

Applicant herewith submits a substitute specification including 1) a new TITLE of the invention, 2) a cross-reference to related applications, and 3) a brief description of the several views of the drawings as required by 37 CFR 1.74 and 1.77(b)(7).  The substitute specification is submitted with markings and accompanied by a clean version without markings in compliance with 37 CFR 1.52, 1.121(b)(3) and 1.125.  In accordance with 37 CFR 1.125(b), Applicant believes that the substitute specification contains no new matter.

2

CEV-0030925

## <u>AMENDMENTS TO THE DRAWINGS</u>

Please replace Figures 1, 2, 3, 4, and 5a-c with replacement Figures 1A, 1B, 2, 3, 4, 5A, 5B, and 5C.  The replacement figures are included on sheets 1/8 through 8/8 submitted herewith and identified as "Replacement Sheets."

CEV-0030926

## AMENDMENTS TO THE CLAIMS

This listing of claims will replace all prior versions, and listings, of claims in the application.


1 – 20. (Canceled)


21. (New) A camera system comprising:

    (a) a lens;

    (b) a WIFI interface;

    (c) an image sensor configured to take pictures;

    (d) a non-volatile memory configured to store one or more pictures;

    (e) a touch sensitive display configured to display:

        (1) a user-selectable menu option to designate one or more pictures stored in the non-volatile memory to be uploaded to a remote picture hosting service; and

        (2) a user-selectable menu option to enable a controller to automatically connect to the remote picture hosting service and upload designated pictures stored in the non-volatile memory via the WIFI interface;

    (f) the controller configured to automatically connect to the remote picture hosting service and cause an upload of one or more pictures stored in the non-volatile memory to the remote picture hosting service via the WIFI interface, after predetermined conditions are met, the predetermined conditions including receiving:

        (1) an indication that the menu options of elements (e)(1) and (e)(2) have been enabled; and

        (2) an indication that the system is connected to the internet via the WIFI interface.


22.  (New) The camera system of claim 21 further comprising:

    (g) a wireless cellular interface;

    (h) the touch sensitive display further configured to display a user-selectable menu option to enable the controller to automatically connect to the remote picture hosting service and upload designated pictures stored in the non-volatile memory via the wireless cellular interface;

    (i) the controller further configured to automatically connect to the remote picture hosting service and cause an upload of one or more pictures stored in the non-volatile memory to the

4

remote picture hosting service via the wireless cellular interface, after predetermined conditions are met, the predetermined conditions including receiving:

>> (1) an indication that the menu options of elements (e)(1) and (h) have been enabled; and

>> (2) an indication that the system is connected to the internet via the wireless cellular interface.

23.  (New) The camera system of claim 21 wherein the remote picture hosting service is associated with an email account.

24.  (New) The camera system of claim 21 further comprising:

(g) a voice recognizer (1) coupled to and configured to receive and process sounds transduced by at least one microphone, and (2) configured to recognize one or more words associated with an operation for the camera;

(h) the controller further configured to cause the camera to perform the operation associated with the one or more words recognized by the voice recognizer.

25.  (New) The camera system of claim 21, wherein the remote picture hosting service includes printing services.

26.  (New) The camera system of claim 21 further comprising a camera body and a stylus housed within the camera body.

27.  (New) The camera system of claim 21, wherein the controller is further configured with a picture editor for creating and storing a picture sequence file in the non-volatile memory, the picture sequence file comprising:

>> (1) a first picture taken with the image sensor and stored in the non-volatile memory;

>> (2) a second picture taken with the image sensor and stored in the non-volatile memory;

>> (3) data from a sound file downloaded via the WIFI interface and stored in the non-volatile memory.

5

CEV-0030928

28.  (New) The camera system of claim 27, wherein the controller is further configured to upload the picture sequence file to the remote picture hosting service via the WIFI interface.

29.  (New) The camera system of claim 21 wherein the controller is configured to receive a selection of specific pictures stored in the non-volatile memory to be uploaded to the remote picture hosting service.

30.  (New) A camera system comprising:

    (a) a lens;

    (b) two or more network interfaces, including at least a WIFI interface and a wireless cellular interface;

    (d) an image sensor configured to take pictures;

    (e) a non-volatile memory configured to store one or more pictures;

    (f) a touch sensitive display configured to display:

        (1) a user-selectable menu option to designate one or more pictures stored in the non-volatile memory to be uploaded to a remote picture hosting service; and

        (2) a user-selectable menu option to enable a controller to automatically connect to the remote picture hosting service and upload designated pictures stored in the non-volatile memory; and

    (f) the controller configured to:

        (1) automatically connect to the remote picture hosting service and cause an upload of one or more pictures stored in the non-volatile memory to the remote picture hosting service via one of the two or more network interfaces, after predetermined conditions are met, the predetermined conditions including receiving:

            (i) an indication that the menu options of elements (e)(1) and (e)(2) have been enabled; and

            (ii) an indication that the system is connected to the internet via at least one of the two or more network interfaces; and

        (2) cause the upload to occur via the WIFI interface if the system is connected to the internet via both the WIFI interface and the wireless cellular interface.

CEV-0030929

31.  (New) The camera system of claim 30 wherein the remote picture hosting service is associated with an email account.

32.  (New) The camera system of claim 30 further comprising:

(g) a voice recognizer (1) coupled to and configured to receive and process sounds transduced by at least one microphone, and (2) configured to recognize one or more words associated with an operation for the camera;

(h) the controller further configured to cause the camera to perform the operation associated with the one or more words recognized by the voice recognizer.

33.  (New) The camera system of claim 30, wherein the remote picture hosting service includes printing services.

34.  (New) The camera system of claim 30 further comprising a camera body and a stylus housed within the camera body.

35.  (New) The camera system of claim 30, wherein the controller is further configured with a picture editor for creating and storing a picture sequence file in the non-volatile memory, the picture sequence file comprising:

(1) a first picture taken with the image sensor and stored in the non-volatile memory;

(2) a second picture taken with the image sensor and stored in the non-volatile memory;

(3) data from a sound file downloaded via one of the two or more interfaces and stored in the non-volatile memory.

36.  (New) The camera system of claim 35, wherein the controller is further configured to upload the picture sequence file to the remote picture hosting service via one of the two or more interfaces.

CEV-0030930

37.  (New) The camera system of claim 30 wherein the controller is configured to receive a selection of specific pictures stored in the non-volatile memory to be uploaded to the remote picture hosting service.

38. (New) A camera system comprising:

    (a) a lens;

    (b) two or more network interfaces, including at least a WIFI interface and a wireless cellular interface;

    (c) an image sensor configured to take pictures;

    (d) a non-volatile memory configured to store one or more pictures;

    (e) a touch sensitive display configured to display:

        (1) a user-selectable menu option to designate one or more pictures stored in the non-volatile memory to be uploaded to a remote picture hosting service;

        (2) a user-selectable menu option to enable a controller to automatically connect to the remote picture hosting service and upload designated pictures stored in the non-volatile memory via at least one of the network interfaces;

        (3) a user-selectable menu option to enable the controller to automatically connect to a home computer and upload designated pictures stored in the non-volatile memory via the WIFI interface; and

    (f) the controller configured to

        (1) automatically connect to the remote picture hosting service and cause an upload of one or more pictures stored in the non-volatile memory to the remote picture hosting service via at least one of the network interfaces, after predetermined conditions are met, the predetermined conditions including at least receiving:

            (i) an indication that the menu options of elements (e)(1) and (e)(2) have been enabled;

            (ii) an indication that the system is connected to the internet via either of the network interfaces to the remote picture hosting service;

        (2) automatically connect to the home computer and cause an upload of one or more pictures stored in the non-volatile memory to the home computer via the WIFI

8

CEV-0030931

interface, after predetermined conditions are met, the predetermined conditions including at least receiving:

(i) an indication that the menu options of elements (e)(1) and (e)(3) have been enabled;

(ii) an indication that the system is connected to the home computer via the WIFI interface.

39. (New) The camera system of claim 38 further comprising:

(g) a voice recognizer (1) coupled to and configured to receive and process sounds transduced by at least one microphone, and (2) configured to recognize one or more words associated with an operation for the camera;

(h) the controller further configured to cause the camera to perform the operation associated with the one or more words recognized by the voice recognizer.

40. (New) The camera system of claim 38 further comprising a camera body and a stylus housed within the camera body.

CEV-0030932

## REMARKS

In this preliminary amendment, Applicant has amended the title of the invention and the specification to cross-reference related applications. In the claims, Applicant cancels claims 1 – 20 and adds new claims 21 – 40 (3 independent claims and 17 dependent claims). No claim fees are believed to be due herewith.

No new matter has been added. To assist the Examiner, Applicant provides herewith as Exhibit 1 a chart identifying representative support for the pending claims in the specification of issued U.S. Pat. No. 7,697,827, to which this application claims priority.

Independent claims 21, 30, and 38 submitted herewith contain some claim features that are similar to claims that have issued in related cases. Specifically, claims 21, 30, and 38 include features similar to issued claim 21 of U.S. Patent No. 8,831,418, claim 1 of U.S. Patent No. 8,897,634, and claim 1 of U.S. Patent No. 8,923,692. Accordingly, Applicant refers the Examiner to the file histories of the issued patents as well as the comprehensive Information Disclosure Statement filed herewith. Applicant believes that these new independent claims are allowable at least for similar reasons as the issued claims.

The remaining dependent claims are allowable as depending from the allowable independent claim and for their own additional limitations.

In addition, Applicant has taken care to prepare the claims in a manner that does not fall within 35 U.S.C. Section 112, Para. 6. Specifically, Applicant has undertaken to draft the claims in a manner that recites structure, material, or acts in support of the various operations. Applicant requests that the Examiner inform Applicant if he believes that any claim falls within 35 U.S.C. Section 112, Para. 6, so that appropriate amendments can be made.

Applicant has also taken care to prepare the claims in compliance with 35 U.S.C. § 101 requiring claims to be directed to specific patentable subject matter. Applicant requests that the Examiner inform Applicant if he believes any claim is directed to any unpatentable subject matter so that appropriate amendments can be made.

Applicant also expressly reserves the right to swear behind and antedate art references (including those references identified in the various Information Disclosure Statements filed herein) pursuant to 37 C.F.R. § 1.131.

10

CEV-0030933

In view of the above, Applicant believes that claims 21-40 are in condition for allowance. If the Examiner has any questions or believes an interview would expedite prosecution of this case, please contact the undersigned.

Respectfully Submitted,

/Justin J. Lesko/

Justin J. Lesko
Reg. No. 69,643

Dated: November 24, 2015

Law Offices of Steven G. Lisa, Ltd.
55 West Monroe Street Suite 3210
Chicago, IL 60603
Telephone: (773) 484-3285
*Attorney for Applicant*

11

CEV-0030934

**EXHIBIT 1**

| Support for Claims in U.S. Pat. No. 7,697,827 (to which this application claims priority) ||
|---|---|
| 21. A camera system comprising:<br>(a) a lens; | *See, e.g.*, 8:66-67: "Another application of this aspect of the invention uses the touchpad 62 to inform the camera system to zoom the lens…" |
| (b) a WIFI interface; | *See, e.g.*, 11:37:45: "In a second preferred embodiment of this aspect of the invention, the inventive camera system is equipped with software and hardware coupled to the camera controller 40 allowing independent communication with a computer network for the primary purpose of communicating its pictures over the internet. Currently preferred is WIFI which is typically connected by LAN, routers, etc. to the internet and which usually allows WIFI-equipped devices to independently connect to the internet." |
| (c) an image sensor configured to take pictures; | *See, e.g.*, 12:57-66: "The figure shows one embodiment of the system and the relationship between the camera controller 40, *camera CCD 54*…." |
| (d) a non-volatile memory configured to store one or more pictures; | *See, e.g.*, 12:57-66: "The figure shows one embodiment of the system and the relationship between the camera controller 40, camera CCD 54, AF motor (also referred to as auto focus 60 system) 48, zoom media (also referred to as zoom) 46, *storage media 44*…." |
| (e) a touch sensitive display configured to display: | *See, e.g.*, 6:34-35: "Another aspect of the present invention provides that the camera LCD display 14 employs touch sensitive technology."<br><br>*See also, e.g.*, 6:37-41: "This aspect of the present invention allows the user to interact with menus, features and functions displayed on the LCD display directly rather than through ancillary buttons or cursor control." |
| (1) a user-selectable menu option to designate one or more pictures stored in the non-volatile memory to be uploaded to a remote picture hosting service; and | *See, e.g.*, 12:6-38: "[T]he inventive camera system is operable *for being instructed to automatically initiate a connection to the internet*, LAN, printer, etc. whenever the predetermined conditions are met and it is in range of the network connection, (e.g., WIFI, Bluetooth, wireless USB, wired LAN, etc)….[T]he inventive camera system automatically connects to the internet preferably via WIFI, although cellular network, etc. connection is also contemplated, when it has a predetermined number of pictures and can so connect, and will send the pictures to virtually any internet destination without user intervention.  For example, the inventive camera system *can be instructed to automatically* send the pictures to an email account, *internet picture hosting site, web-based photo printing site*, the user's internet-connected home computer (when he is on vacation, for instance), etc.  In this way, valuable pictures are immediately backed-up and the need for reliance on expensive camera storage media like flash cards, SD, etc. is greatly reduced." |

12

CEV-0030935

| | |
|---|---|
| | *See also, e.g.,* 6:37-41: "This aspect of the present invention allows the user to interact with menus, features and functions displayed on the LCD display directly rather than through ancillary buttons or cursor control." |
| (2) a user-selectable menu option to enable a controller to automatically connect to the remote picture hosting service and upload designated pictures stored in the non-volatile memory via the WIFI interface; | *See, e.g.,* 12:6-38: "[T]he inventive camera system is operable ***for being instructed to automatically initiate a connection to the internet***, LAN, printer, etc. whenever the predetermined conditions are met and it is in range of the network connection, (e.g., WIFI, Bluetooth, wireless USB, wired LAN, etc)….[T]he inventive camera system automatically connects to the internet preferably via WIFI, although cellular network, etc. connection is also contemplated, when it has a predetermined number of pictures and can so connect, and will send the pictures to virtually any internet destination without user intervention.  For example, the inventive camera system ***can be instructed to automatically*** send the pictures to an email account, ***internet picture hosting site, web-based photo printing site***, the user's internet-connected home computer (when he is on vacation, for instance), etc.  In this way, valuable pictures are immediately backed-up and the need for reliance on expensive camera storage media like flash cards, SD, etc. is greatly reduced." <br><br> *See also, e.g.,* 6:37-41: "This aspect of the present invention allows the user to interact with menus, features and functions displayed on the LCD display directly rather than through ancillary buttons or cursor control." |
| (f) the controller configured to automatically connect to the remote picture hosting service and cause an upload of one or more pictures stored in the non-volatile memory to the remote picture hosting service via the WIFI interface, after predetermined conditions are met, the predetermined conditions including receiving: <br> (1) an indication that the menu options of elements (e)(1) and (e)(2) have been enabled; and <br> (2) an indication that the system is connected to the internet via the WIFI | *See, e.g.,* 12:6-38: "[T]he inventive camera system is operable for being instructed ***to automatically initiate a connection to the internet***, LAN, printer, etc. ***whenever the predetermined conditions are met and it is in range of the network connec***tion, (e.g., ***WIFI***, Bluetooth, wireless USB, wired LAN, etc)….[T]he inventive camera system automatically connects to the internet ***preferably via WIFI***, although cellular network, etc. connection is also contemplated, when it has a predetermined number of pictures and can so connect, and will send the pictures to virtually any internet destination without user intervention.  For example, the inventive camera system can be instructed ***to automatically*** send the pictures to an email account, ***internet picture hosting site, web-based photo printing site***, the user's internet-connected home computer (when he is on vacation, for instance), etc.  In this way, valuable pictures are immediately backed-up and the need for reliance on expensive camera storage media like flash cards, SD, etc. is greatly reduced." <br><br> *See also, e.g.,* 11:38-64: "[T]he inventive camera system is equipped with software and hardware coupled to the camera controller allowing independent communication with a computer network for the primary purpose of communicating its pictures over the internet.  Currently preferred is WIFI which is typically connected by LAN, routers, etc. to the internet and which usually allows WIFI-equipped de- |

13

CEV-0030936

| interface. | vices to independently connect to the internet….So equipped, ***the inventive camera system can now independently upload its pictures to any of the internet-based photo printing services, such as those provided by Walmart.com, Walgreens.com, Kodak.com, etc., without the need for first storing the photos to a computer system and then connecting the computer system to the internet to upload the pictures***." |
|---|---|
| 22.  The camera system of claim 21 further comprising:<br>(g) a wireless cellular interface; | *See, e.g.*, 11:38-64: "[T]he inventive camera system is equipped with software and hardware coupled to the camera controller allowing independent communication with a computer network for the primary purpose of communicating its pictures over the internet.  Currently preferred is WIFI which is typically connected by LAN, routers, etc. to the internet and which usually allows WIFI-equipped devices to independently connect to the internet. Alternatively, the invention contemplates the use of wired LAN, ***cellular data networks***, etc. as the interconnection technology used by the inventive camera system."<br><br>*See also, e.g.*, 13:45-49:  "The aspect of the invention allowing for automatic connection to a LAN or the internet is also contemplated for use with cell phone cameras. This aspect of the invention ameliorates the prior art storage space limitation which severely hampers the utility of the cell phone camera." |
| (h) the touch sensitive display further configured to display a user-selectable menu option to enable the controller to automatically connect to the remote picture hosting service and upload designated pictures stored in the non-volatile memory via the wireless cellular interface; | *See, e.g.*, 12:6-38: "[T]he inventive camera system is operable ***for being instructed to automatically initiate a connection to the internet***, LAN, printer, etc. whenever the predetermined conditions are met and it is in range of the network connection, (e.g., WIFI, Bluetooth, wireless USB, wired LAN, etc)….[T]he inventive camera system automatically connects to the internet preferably via WIFI, although ***cellular network, etc. connection is also contemplated***, when it has a predetermined number of pictures and can so connect, and will send the pictures to virtually any internet destination without user intervention.  For example, the inventive camera system ***can be instructed to automatically*** send the pictures to an email account, ***internet picture hosting site, web-based photo printing site***, the user's internet-connected home computer (when he is on vacation, for instance), etc.  In this way, valuable pictures are immediately backed-up and the need for reliance on expensive camera storage media like flash cards, SD, etc. is greatly reduced." |
| (i) the controller further configured to automatically connect to the remote picture hosting service and cause an upload of one or more pictures stored in the non-volatile memory to the | *See, e.g.*, 12:6-38: "[T]he inventive camera system is operable for being instructed ***to automatically initiate a connection to the internet***, LAN, printer, etc. ***whenever the predetermined conditions are met and it is in range of the network connectio***n, (e.g., *WIFI*, Bluetooth, wireless USB, wired LAN, etc)….[T]he inventive camera system automatically connects to the internet preferably via WIFI, ***although cellular network, etc. connection is also contemplated***, when it has a predetermined number of pictures and can so connect, and will |

14

CEV-0030937

| | |
|---|---|
| remote picture hosting service via the wireless cellular interface, after predetermined conditions are met, the predetermined conditions including receiving:<br>(1) an indication that the menu options of elements (e)(1) and (h) have been enabled; and<br>(2) an indication that the system is connected to the internet via the wireless cellular interface. | send the pictures to virtually any internet destination without user intervention.  For example, the inventive camera system can be instructed **to automatically** send the pictures to an email account, **internet picture hosting site, web-based photo printing site**, the user's internet-connected home computer (when he is on vacation, for instance), etc.  In this way, valuable pictures are immediately backed-up and the need for reliance on expensive camera storage media like flash cards, SD, etc. is greatly reduced."<br><br>*See also, e.g.*, 11:38-64: "[T]he inventive camera system is equipped with software and hardware coupled to the camera controller allowing independent communication with a computer network for the primary purpose of communicating its pictures over the internet.  Currently preferred is WIFI which is typically connected by LAN, routers, etc. to the internet and which usually allows WIFI-equipped devices to independently connect to the internet. Alternatively, the invention contemplates the use of wired LAN, **cellular data networks**, etc. as the interconnection technology used by the inventive camera system.....So equipped, **the inventive camera system can now independently upload its pictures to any of the internet-based photo printing services, such as those provided by Walmart.com, Walgreens.com, Kodak.com, etc., without the need for first storing the photos to a computer system and then connecting the computer system to the internet to upload the pictures**." |
| 23.  The camera system of claim 21 wherein the remote picture hosting service is associated with an email account. | *See, e.g.*, 12:32-38: "For example, the inventive camera system **can be instructed to automatically** send the pictures to an **email account**, **internet picture hosting site, web-based photo printing site**, the user's internet-connected home computer (when he is on vacation, for instance), etc.  In this way, valuable pictures are immediately backed-up and the need for reliance on expensive camera storage media like flash cards, SD, etc. is greatly reduced." |
| 24.  The camera system of claim 21 further comprising:<br>(g) a voice recognizer (1) coupled to and configured to receive and process sounds transduced by at least one microphone, and (2) configured to recognize one or more words associated with an operation for the camera;<br>(h) the controller further | *See, e.g.*, Abstract: "The voice recognition unit is operable for, among other things, receiving multiple different voice commands, recognizing the vocal commands, associating the different voice commands to one camera command and controlling at least some aspect of the digital camera operation in response to these voice commands."<br><br>*See also, e.g.*, 12:57-66: "The figure shows one embodiment of the system and the relationship between the camera controller 40, camera CCD 54, AF motor (also referred to as auto focus 60 system) 48, zoom motor (also referred to as zoom) 46, storage media 44, remote light sensor 66, buttons 64, touch pad device 62, lcd display 14, view finder 16, view finder sensors 68, gaze tracker 57, view finder use detector 58, wink detector 60, **microphone 10d, microphone 10e,** |

15

CEV-0030938

| | |
|---|---|
| configured to cause the camera to perform the operation associated with the one or more words recognized by the voice recognizer. | *microphone 10f*, selection circuitry 59, *voice recognition unit 56*, and other camera control 50." |
| | |
| 25. The camera system of claim 21, wherein the remote picture hosting service includes printing services. | *See, e.g.*, 11:58-64: "So equipped, *the inventive camera system can now independently upload its pictures to any of the internet-based photo printing services, such as those provided by Walmart.com, Walgreens.com, Kodak.com, etc., without the need for first storing the photos to a computer system and then connecting the computer system to the internet to upload the pictures*."<br><br>*See also, e.g.*, 12:32-38: "For example, the inventive camera system *can be instructed to automatically* send the pictures to an email account, *internet picture hosting site, web-based photo printing site*, the user's internet-connected home computer (when he is on vacation, for instance), etc. In this way, valuable pictures are immediately backed-up and the need for reliance on expensive camera storage media like flash cards, SD, etc. is greatly reduced." |
| | |
| 26. The camera system of claim 21 further comprising a camera body and a stylus housed within the camera body. | *See, e.g.*, 6:41-43: "For those embodiments of touch technology requiring use of a stylus, it is further contemplated that the camera body house the stylus for easy access by the user." |
| | |
| 27. The camera system of claim 21, wherein the controller is further configured with a picture editor for creating and storing a picture sequence file in the non-volatile memory, the picture sequence file comprising: (1) a first picture taken with the image sensor and stored in the non-volatile memory; (2) a second picture taken with the image sensor and stored in the non-volatile memory; (3) data from a sound file downloaded via the WIFI | *See, e.g.*, 12:44-54: "According to this aspect of the invention, the inventive camera records a series of images, (e.g., a movie) and then the user downloads an MP3 file (i.e., a sound file) from a network (e.g., internet) source to be associated with the movie taken so that when the movie is played, the MP3 file also plays. Alternatively, the MP3 content is embedded in the movie, either as is, or re-encoded. Additionally, the user may download other movie material or still images via the network connection for insertion in the camera-recorded movie or for the replacement of certain individual camera-taken "frames" in the movie." |

16

CEV-0030939

| interface and stored in the non-volatile memory. | |
|---|---|
| | |
| 28. The camera system of claim 27, wherein the controller is further configured to upload the picture sequence file to the remote picture hosting service via the WIFI interface | *See, e.g.*, 15-48-51: "Internet connectability is contemplated be used to download sound or image files for editing or for uploading video recorded for editing or remote storage of the video images." |
| | |
| 29. The camera system of claim 21 wherein the controller is configured to receive a selection of specific pictures stored in the non-volatile memory to be uploaded to the remote hosting service. | *See, e.g.*, 11:15-18: "The camera system preferably includes the ability for the user to indicate to the camera which pictures to offload so that the camera offloads only those pictures that are so indicated by the user." |
| | |
| 30. A camera system comprising: (a) a lens; | *See, e.g.*, 8:66-67: "Another application of this aspect of the invention uses the touchpad 62 to inform the camera system to zoom the lens…" |
| (b) two or more network interfaces, including at least a WIFI interface and a wireless cellular interface; | *See, e.g.*, 11:37:47: "In a second preferred embodiment of this aspect of the invention, the inventive camera system is equipped with software and hardware coupled to the camera controller 40 allowing independent communication with a computer network for the primary purpose of communicating its pictures over the internet. Currently preferred is ***WIFI*** which is typically connected by LAN, routers, etc. to the internet and which usually allows WIFI-equipped devices to independently connect to the internet. Alternatively, the invention contemplates the use of wired LAN, ***cellular data networks***, etc. as the interconnection technology used by the inventive camera system." |
| (d) an image sensor configured to take pictures; | *See, e.g.*, 12:57-66: "The figure shows one embodiment of the system and the relationship between the camera controller 40, ***camera CCD 54***…." |
| (e) a non-volatile memory configured to store one or more pictures; | *See, e.g.*, 12:57-66: "The figure shows one embodiment of the system and the relationship between the camera controller 40, camera CCD 54, AF motor (also referred to as auto focus 60 system) 48, zoom motor (also referred to as zoom) 46, ***storage media 44***…." |
| (f) a touch sensitive display configured to display: | *See, e.g.*, 6:34-35: "Another aspect of the present invention provides that the camera LCD display 14 employs touch sensitive technology." |

17

CEV-0030940

| | |
|---|---|
| | *See also, e.g.*, 6:37-41: "This aspect of the present invention allows the user to interact with menus, features and functions displayed on the LCD display directly rather than through ancillary buttons or cursor control." |
| (1) a user-selectable menu option to designate one or more pictures stored in the non-volatile memory to be uploaded to a remote picture hosting service; and | *See, e.g.*, 12:6-38: "[T]he inventive camera system is operable ***for being instructed to automatically initiate a connection to the internet***, LAN, printer, etc. whenever the predetermined conditions are met and it is in range of the network connection, (e.g., WIFI, Bluetooth, wireless USB, wired LAN, etc)….[T]he inventive camera system automatically ***connects to the internet preferably via WIFI, although cellular network, etc. connection is also contemplated***, when it has a predetermined number of pictures and can so connect, and will send the pictures to virtually any internet destination without user intervention. For example, the inventive camera system ***can be instructed to automatically*** send the pictures to an email account, ***internet picture hosting site, web-based photo printing site***, the user's internet-connected home computer (when he is on vacation, for instance), etc. In this way, valuable pictures are immediately backed-up and the need for reliance on expensive camera storage media like flash cards, SD, etc. is greatly reduced." <br><br> *See also, e.g.*, 6:37-41: "This aspect of the present invention allows the user to interact with menus, features and functions displayed on the LCD display directly rather than through ancillary buttons or cursor control." |
| (2) a user-selectable menu option to enable a controller to automatically connect to the remote picture hosting service and upload designated pictures stored in the non-volatile memory; and | *See, e.g.*, 12:6-38: "[T]he inventive camera system is operable ***for being instructed to automatically initiate a connection to the internet***, LAN, printer, etc. whenever the predetermined conditions are met and it is in range of the network connection, (e.g., WIFI, Bluetooth, wireless USB, wired LAN, etc)….[T]he inventive camera system automatically connects to the internet preferably via WIFI, although cellular network, etc. connection is also contemplated, when it has a predetermined number of pictures and can so connect, and will send the pictures to virtually any internet destination without user intervention. For example, the inventive camera system ***can be instructed to automatically*** send the pictures to an email account, ***internet picture hosting site, web-based photo printing site***, the user's internet-connected home computer (when he is on vacation, for instance), etc. In this way, valuable pictures are immediately backed-up and the need for reliance on expensive camera storage media like flash cards, SD, etc. is greatly reduced." <br><br> *See also, e.g.*, 6:37-41: "This aspect of the present invention allows the user to interact with menus, features and functions displayed on the LCD display directly rather than through ancillary buttons or cursor control." |
| (f) the controller configured to: | *See, e.g.*, 12:6-38: "[T]he inventive camera system is operable for being instructed ***to automatically initiate a connection to the in-*** |

18

| | |
|---|---|
| (1) automatically connect to the remote picture hosting service and cause an upload of one or more pictures stored in the non-volatile memory to the remote picture hosting service via one of the two or more network interfaces, after predetermined conditions are met, the predetermined conditions including receiving: (i) an indication that the menu options of elements (e)(1) and (e)(2) have been enabled; and (ii) an indication that the system is connected to the internet via at least one of the two or more network interfaces; and | *ternet*, LAN, printer, etc. **whenever the predetermined conditions are met and it is in range of the network connectio**n, (e.g., **WIFI**, Bluetooth, wireless USB, wired LAN, etc)….[T]he inventive camera system automatically connects to the internet **preferably via WIFI, although cellular network, etc. connection is also contemplated**, when it has a predetermined number of pictures and can so connect, and will send the pictures to virtually any internet destination without user intervention.  For example, the inventive camera system can be instructed **to automatically** send the pictures to an email account, **internet picture hosting site, web-based photo printing site**, the user's internet-connected home computer (when he is on vacation, for instance), etc.  In this way, valuable pictures are immediately backed-up and the need for reliance on expensive camera storage media like flash cards, SD, etc. is greatly reduced."\
*See also, e.g.*, 11:38-64: "[T]he inventive camera system is equipped with software and hardware coupled to the camera controller allowing independent communication with a computer network for the primary purpose of communicating its pictures over the internet.  Currently preferred is WIFI which is typically connected by LAN, routers, etc. to the internet and which usually allows WIFI-equipped devices to independently connect to the internet. Alternatively, the invention contemplates the use of wired LAN, **cellular data networks**, etc. as the interconnection technology used by the inventive camera system.….So equipped, **the inventive camera system can now independently upload its pictures to any of the internet-based photo printing services, such as those provided by Walmart.com, Walgreens.com, Kodak.com, etc., without the need for first storing the photos to a computer system and then connecting the computer system to the internet to upload the pictures**." |
| (2) cause the upload to occur via the WIFI interface if the system is connected to the internet via both the WIFI interface and the wireless cellular interface. | *See, e.g.*, 12:26-31: "[T]he inventive camera system automatically **connects to the internet preferably via WIFI**, although cellular network, etc. connection is also contemplated, when it has a predetermined number of pictures and can so connect, and will send the pictures to virtually any internet destination without user intervention."\
*See also, e.g.*, 11:42-47: "**Currently preferred is WIFI** which is typically connected by LAN, routers, etc. to the internet and which usually allows WIFI-equipped devices to independently connect to the internet. Alternatively, the invention contemplates the use of wired LAN, cellular data networks, etc. as the interconnection technology used by the inventive camera system." |
| | |
| 31.  The camera system of claim 30 wherein the remote picture hosting service is associated with | *See, e.g.*, 12:32-38: "For example, the inventive camera system **can be instructed to automatically** send the pictures to an **email account, internet picture hosting site, web-based photo printing site**, the user's internet-connected home computer (when he is on vacation, |

19

| | |
|---|---|
| an email account | for instance), etc.  In this way, valuable pictures are immediately backed-up and the need for reliance on expensive camera storage media like flash cards, SD, etc. is greatly reduced." |
| | |
| 32.  The camera system of claim 30 further comprising: (g) a voice recognizer (1) coupled to and configured to receive and process sounds transduced by at least one microphone, and (2) configured to recognize one or more words associated with an operation for the camera; (h) the controller further configured to cause the camera to perform the operation associated with the one or more words recognized by the voice recognizer. | *See, e.g.*, Abstract: "The voice recognition unit is operable for, among other things, receiving multiple different voice commands, recognizing the vocal commands, associating the different voice commands to one camera command and controlling at least some aspect of the digital camera operation in response to these voice commands." *See also, e.g.*, 12:57-66: "The figure shows one embodiment of the system and the relationship between the camera controller 40, camera CCD 54, AF motor (also referred to as auto focus 60 system) 48, zoom motor (also referred to as zoom) 46, storage media 44, remote light sensor 66, buttons 64, touch pad device 62, lcd display 14, view finder 16, view finder sensors 68, gaze tracker 57, view finder use detector 58, wink detector 60, *microphone 10d, microphone 10e, microphone 10f*, selection circuitry 59, *voice recognition unit 56*, and other camera control 50." |
| | |
| 33.  The camera system of claim 30, wherein the remote picture hosting service includes printing services. | *See, e.g.*, 11:58-64: "So equipped, *the inventive camera system can now independently upload its pictures to any of the internet-based photo printing services, such as those provided by Walmart.com, Walgreens.com, Kodak.com, etc., without the need for first storing the photos to a computer system and then connecting the computer system to the internet to upload the pictures*." *See also, e.g.*, 12:32-38: "For example, the inventive camera system *can be instructed to automatically* send the pictures to an email account, *internet picture hosting site, web-based photo printing site*, the user's internet-connected home computer (when he is on vacation, for instance), etc.  In this way, valuable pictures are immediately backed-up and the need for reliance on expensive camera storage media like flash cards, SD, etc. is greatly reduced." |
| | |
| 34.  The camera system of claim 30 further comprising a camera body and a stylus housed within the camera body. | *See, e.g.*, 6:41-43: "For those embodiments of touch technology requiring use of a stylus, it is further contemplated that the camera body house the stylus for easy access by the user." |
| | |
| 35.  The camera system of claim 30, wherein the | *See, e.g.*, 12:44-54: "According to this aspect of the invention, the inventive camera records a series of images, (e.g., a movie) and |

CEV-0030943

| | |
|---|---|
| controller is further configured with a picture editor for creating and storing a picture sequence file in the non-volatile memory, the picture sequence file comprising: (1) a first picture taken with the image sensor and stored in the non-volatile memory; (2) a second picture taken with the image sensor and stored in the non-volatile memory; (3) data from a sound file downloaded via one of the two or more interfaces and stored in the non-volatile memory. | then the user downloads an MP3 file (i.e., a sound file) from a network (e.g., internet) source to be associated with the movie taken so that when the movie is played, the MP3 file also plays. Alternatively, the MP3 content is embedded in the movie, either as is, or re-encoded. Additionally, the user may download other movie material or still images via the network connection for insertion in the camera-recorded movie or for the replacement of certain individual camera-taken "frames" in the movie." |
| | |
| 36.  The camera system of claim 35, wherein the controller is further configured to upload the picture sequence file to the remote picture hosting service via one of the two or more interfaces. | *See, e.g.*, 15-48-51: "Internet connectability is contemplated be used to download sound or image files for editing or for uploading video recorded for editing or remote storage of the video images." |
| | |
| 37.  The camera system of claim 30 wherein the controller is configured to receive a selection of specific pictures stored in the non-volatile memory to be uploaded to the remote picture hosting service. | *See, e.g.*, 11:15-18: "The camera system preferably includes the ability for the user to indicate to the camera which pictures to offload so that the camera offloads only those pictures that are so indicated by the user." |
| | |
| 38. A camera system comprising: (a) a lens; | *See, e.g.*, 8:66-67: "Another application of this aspect of the invention uses the touchpad 62 to inform the camera system to zoom the lens…" |
| (b) two or more network interfaces, including at | *See, e.g.*, 11:37:47: "In a second preferred embodiment of this aspect of the invention, the inventive camera system is equipped with |

21

| least a WIFI interface and a wireless cellular interface; | software and hardware coupled to the camera controller 40 allowing independent communication with a computer network for the primary purpose of communicating its pictures over the internet. Currently preferred is ***WIFI*** which is typically connected by LAN, routers, etc. to the internet and which usually allows WIFI-equipped devices to independently connect to the internet.  Alternatively, the invention contemplates the use of wired LAN, ***cellular data networks***, etc. as the interconnection technology used by the inventive camera system." |
|---|---|
| (c) an image sensor configured to take pictures; | *See, e.g.*, 12:57-66: "The figure shows one embodiment of the system and the relationship between the camera controller 40, ***camera CCD 54*** …." |
| (d) a non-volatile memory configured to store one or more pictures; | *See, e.g.*, 12:57-66: "The figure shows one embodiment of the system and the relationship between the camera controller 40, camera CCD 54, AF motor (also referred to as auto focus 60 system) 48, zoom motor (also referred to as zoom) 46, ***storage media 44*** …." |
| (e) a touch sensitive display configured to display: | *See, e.g.*, 6:34-35: "Another aspect of the present invention provides that the camera LCD display 14 employs touch sensitive technology."<br><br>*See also, e.g.*, 6:37-41: "This aspect of the present invention allows the user to interact with menus, features and functions displayed on the LCD display directly rather than through ancillary buttons or cursor control." |
| (1) a user-selectable menu option to designate one or more pictures stored in the non-volatile memory to be uploaded to a remote picture hosting service; | *See, e.g.*, 12:6-38: "[T]he inventive camera system is operable ***for being instructed to automatically initiate a connection to the internet***, LAN, printer, etc. whenever the predetermined conditions are met and it is in range of the network connection, (e.g., WIFI, Bluetooth, wireless USB, wired LAN, etc)….[T]he inventive camera system automatically ***connects to the internet preferably via WIFI, although cellular network, etc. connection is also contemplated***, when it has a predetermined number of pictures and can so connect, and will send the pictures to virtually any internet destination without user intervention.  For example, the inventive camera system ***can be instructed to automatically*** send the pictures to an email account, ***internet picture hosting site, web-based photo printing site***, the user's internet-connected home computer (when he is on vacation, for instance), etc.  In this way, valuable pictures are immediately backed-up and the need for reliance on expensive camera storage media like flash cards, SD, etc. is greatly reduced."<br><br>*See also, e.g.*, 6:37-41: "This aspect of the present invention allows the user to interact with menus, features and functions displayed on the LCD display directly rather than through ancillary buttons or cursor control." |
| (2) a user-selectable menu option to enable a controller to automatically connect to the remote | *See, e.g.*, 12:6-38: "[T]he inventive camera system is operable ***for being instructed to automatically initiate a connection to the internet***, LAN, printer, etc. whenever the predetermined conditions are met and it is in range of the network connection, (e.g., WIFI, Blue- |

22

| | |
|---|---|
| picture hosting service and upload designated pictures stored in the non-volatile memory via at least one of the network interfaces; | tooth, wireless USB, wired LAN, etc)….[T]he inventive camera system automatically connects to the internet preferably via WIFI, although cellular network, etc. connection is also contemplated, when it has a predetermined number of pictures and can so connect, and will send the pictures to virtually any internet destination without user intervention.  For example, the inventive camera system *can be instructed to automatically* send the pictures to an email account, *internet picture hosting site, web-based photo printing site*, the user's internet-connected home computer (when he is on vacation, for instance), etc.  In this way, valuable pictures are immediately backed-up and the need for reliance on expensive camera storage media like flash cards, SD, etc. is greatly reduced." <br><br> *See also, e.g.*, 6:37-41: "This aspect of the present invention allows the user to interact with menus, features and functions displayed on the LCD display directly rather than through ancillary buttons or cursor control." |
| (3) a user-selectable menu option to enable the controller to automatically connect to a home computer and upload designated pictures stored in the non-volatile memory via the WIFI interface; and | *See, e.g.*, 12:6-38: "[T]he inventive camera system is operable *for being instructed to automatically initiate a connection to* the internet, *LAN*, printer, etc. whenever the predetermined conditions are met and it is in range of the network connection, (e.g., *WIFI*, Bluetooth, wireless USB, wired LAN, etc)….[T]he inventive camera system automatically connects to the internet preferably via WIFI, although cellular network, etc. connection is also contemplated, when it has a predetermined number of pictures and can so connect, and will send the pictures to virtually any internet destination without user intervention.  For example, the inventive camera system *can be instructed to automatically* send the pictures to an email account, internet picture hosting site, web-based photo printing site, *the user's internet-connected home computer* (when he is on vacation, for instance), etc.  In this way, valuable pictures are immediately backed-up and the need for reliance on expensive camera storage media like flash cards, SD, etc. is greatly reduced." <br><br> *See also, e.g.*, 6:37-41: "This aspect of the present invention allows the user to interact with menus, features and functions displayed on the LCD display directly rather than through ancillary buttons or cursor control." |
| (f) the controller configured to<br>(1) automatically connect to the remote picture hosting service and cause an upload of one or more pictures stored in the non-volatile memory to the remote picture hosting service via at least one of | *See, e.g.*, 12:6-38: "[T]he inventive camera system is operable for being instructed *to automatically initiate a connection to the internet*, LAN, printer, etc. *whenever the predetermined conditions are met and it is in range of the network connectio*n, (e.g., *WIFI*, Bluetooth, wireless USB, wired LAN, etc)….[T]he inventive camera system automatically connects to the internet *preferably via WIFI, although cellular network, etc. connection is also contemplated*, when it has a predetermined number of pictures and can so connect, and will send the pictures to virtually any internet destination without user intervention.  For example, the inventive camera system can be instruct- |

23

| | |
|---|---|
| the network interfaces, after predetermined conditions are met, the predetermined conditions including at least receiving:<br>(i) an indication that the menu options of elements (e)(1) and (e)(2) have been enabled;<br>(ii) an indication that the system is connected to the internet via either of the network interfaces to the remote picture hosting service; | ed **to automatically** send the pictures to an email account, **internet picture hosting site, web-based photo printing site**, the user's internet-connected home computer (when he is on vacation, for instance), etc. In this way, valuable pictures are immediately backed-up and the need for reliance on expensive camera storage media like flash cards, SD, etc. is greatly reduced."<br><br>*See also, e.g.*, 11:38-64: "[T]he inventive camera system is equipped with software and hardware coupled to the camera controller allowing independent communication with a computer network for the primary purpose of communicating its pictures over the internet. Currently preferred is WIFI which is typically connected by LAN, routers, etc. to the internet and which usually allows WIFI-equipped devices to independently connect to the internet. Alternatively, the invention contemplates the use of wired LAN, **cellular data networks**, etc. as the interconnection technology used by the inventive camera system.....So equipped, **the inventive camera system can now independently upload its pictures to any of the internet-based photo printing services, such as those provided by Walmart.com, Walgreens.com, Kodak.com, etc., without the need for first storing the photos to a computer system and then connecting the computer system to the internet to upload the pictures**." |
| (2) automatically connect to the home computer and cause an upload of one or more pictures stored in the non-volatile memory to the home computer via the WIFI interface, after predetermined conditions are met, the predetermined conditions including at least receiving:<br>(i) an indication that the menu options of elements (e)(1) and (e)(3) have been enabled;<br>(ii) an indication that the system is connected to the home computer via the WIFI interface. | *See, e.g.*, 12:6-38: "[T]he inventive camera system is operable for being instructed **to automatically initiate a connection to** the internet, **LAN**, printer, etc. **whenever the predetermined conditions are met and it is in range of the network connectio**n, (e.g., **WIFI**, Bluetooth, wireless USB, wired LAN, etc)....[T]he inventive camera system automatically connects to the internet **preferably via WIFI**, although cellular network, etc. connection is also contemplated, when it has a predetermined number of pictures and can so connect, and will send the pictures to virtually any internet destination without user intervention. For example, the inventive camera system can be instructed **to automatically** send the pictures to an email account, internet picture hosting site, web-based photo printing site, the user's **internet-connected home computer** (when he is on vacation, for instance), etc. In this way, valuable pictures are immediately backed-up and the need for reliance on expensive camera storage media like flash cards, SD, etc. is greatly reduced." |
| | |
| 39. The camera system of claim 38 further comprising:<br>(g) a voice recognizer (1) coupled to and configured | *See, e.g.*, Abstract: "The voice recognition unit is operable for, among other things, receiving multiple different voice commands, recognizing the vocal commands, associating the different voice commands to one camera command and controlling at least some aspect of the digital camera operation in response to these voice com- |

24

| | |
|---|---|
| to receive and process sounds transduced by at least one microphone, and (2) configured to recognize one or more words associated with an operation for the camera; (h) the controller further configured to cause the camera to perform the operation associated with the one or more words recognized by the voice recognizer. | mands." <br><br> *See also, e.g.*, 12:57-66: "The figure shows one embodiment of the system and the relationship between the camera controller 40, camera CCD 54, AF motor (also referred to as auto focus 60 system) 48, zoom motor (also referred to as zoom) 46, storage media 44, remote light sensor 66, buttons 64, touch pad device 62, lcd display 14, view finder 16, view finder sensors 68, gaze tracker 57, view finder use detector 58, wink detector 60, ***microphone 10d, microphone 10e, microphone 10f***, selection circuitry 59, ***voice recognition unit 56***, and other camera control 50." |
| | |
| 40.  The camera system of claim 38 further comprising a camera body and a stylus housed within the camera body. | *See, e.g.*, 6:41-43: "For those embodiments of touch technology requiring use of a stylus, it is further contemplated that the camera body house the stylus for easy access by the user." |

25

CEV-0030948