# EXHIBIT K

# Webster's New World College Dictionary

## Fourth Edition

*Definitions that set the standard for clarity*

*More than 12,000 Americanisms*

*Updated every year*

The Official Dictionary of the ASSOCIATED PRESS

**DEFINING AMERICAN ENGLISH FOR FIFTY YEARS**

# Webster's New World™ College Dictionary

Fourth Edition

Michael Agnes
EDITOR IN CHIEF

David B. Guralnik
EDITOR IN CHIEF 1951–1985



Wiley Publishing, Inc.

Copyright © 2004 by Wiley Publishing, Inc., Cleveland, Ohio

Published simultaneously in Canada

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning, or otherwise, except as permitted under Section 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, Inc., 222 Rosewood Drive, Danvers, MA 01923, 978-750-8400, fax 978-750-4470, or on the Web at www.copyright.com. Requests to the Publisher for permission should be addressed to the Legal Department, Wiley Publishing, Inc., 10475 Crosspoint Blvd., Indianapolis, IN 46256, 317-572-3447, fax 317-572-4447, e-mail: permcoordinator@wiley.com.

Trademarks: Webster's New World, the Webster's New World logo, We Define Your World, and related trade dress are trademarks or registered trademarks of John Wiley & Sons, Inc. and/or its affiliates in the United States and other countries, and may not be used without written permission. All other trademarks are the property of their respective owners. Wiley Publishing, Inc., is not associated with any product or vendor mentioned in this book.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in preparing this book, they make no representations or warranties with respect to the accuracy or completeness of the contents of this book and specifically disclaim any implied warranties of merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales materials. The advice and strategies contained herein may not be suitable for your situation. You should consult with a professional where appropriate. Neither the publisher nor author shall be liable for any loss of profit or any other commercial damages, including but not limited to special, incidental, consequential, or other damages.

For general information on our other products and services please contact our Customer Care Department within the U.S. at 800-762-2974, outside the U.S. at 317-572-3993 or fax 317-572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print may not be available in electronic books.

*Library of Congress Cataloging-in-Publication Data:*
Webster's New World College Dictionary / Michael Agnes, editor in chief.—4th ed.
 p. cm.
ISBN 0-02-863118-8 (thumb-indexed). — ISBN 0-02-863119-6 (plain).
—ISBN 0-02-863120-X (leatherkraft). — ISBN 0-02-863471-3 (deluxe).
1. English language—Dictionaries.    I. Agnes, Michael.

PE1628.W5629 2000
423—dc21                                                             99-045223

Manufactured in the United States of America

10  9  8  7  6  5  4  3  2  1

CEV0035861

consider as an institution 2 to place in an institution, as for treatment or detention —in'sti·tu·tion·al·i·za'tion *n.*

**in·sti·tu·tion·ar·y** (in'stə tōo'shə ner'ē, -tyōo'-) *adj.* 1 of legal institutes 2 of institutions; institutional

**in·sti·tu·tive** (in'stə tōot'iv, -tyōot'-) *adj.* instituting or tending to institute: of institution

**instr** *abbrev.* 1 instructor 2 instrument 3 instrumental

**in·struct** (in strukt') *vt.* [ME *instructen* < L *instructus*, pp. of *instruere*, to pile upon, put in order, erect < *in-*, in, upon + *struere*, to pile up, arrange, build: see STREW] 1 to communicate knowledge to; teach; educate 2 to give facts or information to on a particular matter; inform or guide *[the judge instructs the jury]* 3 to order or direct *[to instruct a sentry to shoot]* —*SYN.* COMMAND, TEACH

**in·struc·tion** (in struk'shən) *n.* [ME *instruccioun* < OFr *instruction* < L *instructio*] 1 the act of instructing; education 2 *a)* knowledge, information, etc. given or taught *b)* any teaching, lesson, rule, or precept 3 *a)* a command or order *b)* any of the sequence of steps to be followed, as in doing, using, or operating something (*usually used in pl.*) *c)* a sequence of bits specifying an operation to be performed by a computer —**in·struc'tion·al** *adj.*

**in·struc·tive** (in struk'tiv) *adj.* [ML *instructivus*] serving to instruct; giving knowledge or information —**in·struc'tive·ly** *adv.* —**in·struc'tive·ness** *n.*

**in·struc·tor** (in struk'tər) *n.* [ME *instructour* < Anglo-Fr < L *instructor*, a preparer (in ML, teacher)] 1 a person who instructs; teacher ☆2 a college teacher ranking below an assistant professor —**in·struc'tor·ship'** *n.*

**in·struc·tress** (-tris) *n.* [Now Rare] a female instructor; see -ESS

**in·stru·ment** (in'strə mənt) *n.* [OFr < L *instrumentum*, a tool or tools, stock, furniture, dress < *instruere*: see INSTRUCT] 1 *a)* a thing by means of which something is done; means *b)* a person used by another to bring something about 2 a tool or implement, esp. one used for delicate work or for scientific or artistic purposes 3 any of various devices for indicating or measuring conditions, performance, position, direction, etc. or sometimes, for controlling operations, esp. in aircraft or rocket flight 4 any of various devices producing musical sound, as a piano, drum, violin, oboe, etc. 5 *Law* a formal document, as a deed, contract, etc. 6 *Finance* a written order or promise to pay a sum of money *[a negotiable instrument]* —*vt.* 1 to provide with instruments 2 *Music* to arrange (a composition) for instruments; orchestrate —*SYN.* IMPLEMENT

**in·stru·men·tal** (in'strə ment''l) *adj.* [ME < MFr < ML *instrumentalis*] 1 serving as a means; helpful (*in* bringing something about) 2 of or performed with an instrument or tool 3 of, performed on, or written for a musical instrument or instruments 4 of or in keeping with instrumentalism 5 *Gram.* designating, of, or in the case of nouns, pronouns, or adjectives expressing means or agency —*n.* 1 a composition for a musical instrument or instruments 2 *Gram. a)* the instrumental case: this case is expressed by inflection in Old English, Sanskrit, Russian, etc., and in English with the prepositions *by* or *with* (Ex.: OE ðȳ spere, "by the spear, with the spear") *b)* a word or phrase in this case —**in·stru·men'·tally** *adv.*

**in·stru·men·tal·ism** (-iz'əm) *n. Philos.* the pragmatic doctrine that ideas are plans for action serving as instruments for adjustment to the environment and that their validity is tested by their effectiveness

**in·stru·men·tal·ist** (-ist) *n.* 1 a person who performs on a musical instrument 2 a person who believes in instrumentalism —*adj.* of or in keeping with instrumentalism

**in·stru·men·tal·i·ty** (in'strə men'tal'ə tē) *n., pl.* **-ties** 1 the condition, quality, or fact of being instrumental, or serving as a means 2 a means or agency

**in·stru·men·ta·tion** (-tā'shən) *n.* 1 the composition or arrangement of music for instruments; orchestration 2 the act of developing, using, or equipping with instruments, esp. scientific instruments 3 the instruments used, as in a mechanical apparatus or in a particular musical score, band, etc. 4 INSTRUMENTALITY (sense 2)

**instrument flying** the flying of an aircraft by the use of instruments only: distinguished from CONTACT FLYING

**instrument landing** a landing made using only the instruments of the aircraft and electronic or radio signals from the ground

**instrument panel** a panel or board with instruments, gauges, etc. mounted on it, as in an automobile or airplane

**in·sub·or·di·nate** (in'sə bôrd''n it) *adj.* [IN-² + SUBORDINATE] not submitting to authority; disobedient —*n.* an insubordinate person —**in'sub·or'di·nate·ly** *adv.* —**in'sub·or'di·na'tion** *n.*

**in·sub·stan·tial** (in'səb stan'shəl) *adj.* [ML *insubstantialis*] not substantial; specif., *a)* not real; imaginary *b)* not solid or firm; weak or flimsy —**in'sub·stan'ti·al'i·ty** (-shē al'ə tē) *n.*

**in·suf·fer·a·ble** (in suf'ər ə bəl) *adj.* not sufferable; intolerable; unbearable —**in·suf'fer·a·bly** *adv.*

**in·suf·fi·cien·cy** (in'sə fish'ən sē) *n., pl.* **-cies** [LL *insufficientia*] 1 lack of sufficiency; deficiency; inadequacy: also [Rare] **in'suf·fi'cience** (-əns) 2 inability or failure of an organ or tissue to perform its normal function: said esp. of a heart valve or heart muscle

**in·suf·fi·cient** (in'sə fish'ənt) *adj.* [LL *insufficiens*] not sufficient; not enough; inadequate —**in'suf·fi'cient·ly** *adv.*

**in·suf·flate** (in suf'lāt', in'sə flāt') *vt.* **-flat'ed, -flat'ing** [< L *insufflatus*, pp. of *insufflare*, to blow or breathe into < *in-*, in + *sufflare*, to blow from below < *sub-*, under + *flare*, to BLOW] 1 to blow or breathe into or on 2 *Med.* to blow (a powder, vapor, air, etc.) into a cavity of the body —**in'suf·fla'tion** *n.* —**in'suf·fla'tor** *n.*

**in·su·lar** (in'sə lər; -sōo-, -syōo-) *adj.* [L *insularis* < *insula*, island; see ISLE] 1 of, or having the form of, an island 2 living or situated on an island 3 like an island; detached; isolated 4 of, like, or characteristic of islanders, esp. when regarded as narrow-minded, illiberal, or provincial 5 *Med. a)* characterized by isolated spots *b)* of the islets of Langerhans or other islands of tissue —**in·su·lar·i·ty** (in'syōo lar'ə tē) *n.* or **in'su·lar·ism'** —**in'su·lar·ly** *adv.*

**in·su·late** (in'sə lāt'; -sōo-, -syōo-) *vt.* **-lat'ed, -lat'ing** [< L *insulatus*, made like an island < *insula*, ISLE] 1 to set apart; detach from the rest; isolate 2 to separate or cover with a nonconducting material in order to prevent the passage or leakage of electricity, heat, sound, radioactive particles, etc.

**in·su·la·tion** (in'sə lā'shən; -sōo-, -syōo-) *n.* 1 an insulating or being insulated 2 any material used to insulate

**in·su·la·tor** (in'sə lāt'ər; -sōo-, -syōo-) *n.* anything that insulates; specif., *a)* a nonconductor of electricity, heat, or sound *b)* a device, as of glass or porcelain, for insulating and supporting electric wires

**in·su·lin** (in'sə lin) *n.* [< L *insula*, island (see ISLE) + -IN¹: in allusion to the islets of Langerhans] 1 a protein hormone secreted by the islets of Langerhans, in the pancreas, which helps the body use sugar and other carbohydrates 2 a preparation extracted from the pancreas of sheep, oxen, etc. and used hypodermically in the treatment of diabetes mellitus

**insulin shock** the abnormal condition caused by an overdose or excess secretion of insulin, resulting in a sudden reduction in the sugar content of the blood: it is characterized by tremors, cold sweat, convulsions, and coma

HIGH-TENSION INSULATORS

**in·sult** (in sult'; *for n.* in'sult) *vt.* [MFr *insulter* < L *insultare*, to leap upon, scoff at, insult < *in-*, in, on + *saltare*, freq. of *salire*, to leap: see SALIENT] 1 to treat or speak to with scorn, insolence, or great disrespect; subject to treatment, a remark, etc. that hurts or is meant to hurt the feelings or pride 2 [Obs.] to attack; assail —*vi.* [Archaic] to behave arrogantly —*n.* 1 an insulting act, remark, etc.; affront; indignity 2 [Archaic] an attack; assault 3 *Med. a)* damage or injury to tissues or organs of the body *b)* anything that causes this —*SYN.* OFFEND —**in·sult'er** *n.* —**in·sult'ing** *adj.* —**in·sult'ing·ly** *adv.*

**in·su·per·a·ble** (in sōo'pər ə bəl, -syōo'-) *adj.* [ME < L *insuperabilis*] not superable; that cannot be overcome or passed over; insurmountable —**in·su'per·a·bil'i·ty** *n.* —**in·su'per·a·bly** *adv.*

**in·sup·port·a·ble** (in'sə pôrt'ə bəl) *adj.* [LL(Ec) *insupportabilis*] not supportable; specif., *a)* intolerable; unbearable; unendurable *b)* incapable of being upheld, proved, etc. *[insupportable charges]* —**in'sup·port'a·bly** *adv.*

**in·sup·press·i·ble** (in'sə pres'ə bəl) *adj.* not suppressible; that cannot be suppressed —**in'sup·press'i·bly** *adv.*

**in·sur·ance** (in shoor'əns) *n.* [earlier *ensurance* < OFr *enseurance*: see ENSURE] 1 an insuring or being insured against loss; a system of protection against loss in which a number of individuals agree to pay certain sums (*premiums*) periodically for a guarantee that they will be compensated under stipulated conditions for any specified loss by fire, accident, death, etc. 2 *a)* a contract guaranteeing such protection (usually called **insurance policy**: see POLICY², sense 1) *b)* the premium specified for such a contract 3 the amount for which life, property, etc. is insured 4 the business of insuring against loss

**in·sure** (in shoor') *vt.* **-sured', -sur'ing** [ME *ensuren*: see ENSURE] 1 to contract to be paid or to pay money in the case of loss of (life, property, etc.); take out or issue insurance on (something or someone) 2 ENSURE —*vi.* to give or take out insurance —**in·sur'a·bil'i·ty** *n.* —**in·sur'a·ble** *adj.*

**in·sured** (in shoord') *n.* a person whose life, property, etc. is insured against loss

**in·sur·er** (in shoor'ər) *n.* a person or company that insures others against loss or damage; underwriter

**in·sur·gence** (in sur'jəns) *n.* a rising in revolt; uprising; insurrection

**in·sur·gen·cy** (in sur'jən sē) *n.* 1 the quality, state, or fact of being insurgent 2 INSURGENCE

**in·sur·gent** (in sur'jənt) *adj.* [L *insurgens*, prp. of *insurgere*, to rise up (against) < *in-*, in, upon + *surgere*, to rise: see SURGE] rising up against established authority; rebellious; specif., *a)* designating or of a revolt or rebellion not well enough organized to be recognized in international law as belligerency *b)* designating or of a faction in revolt against the leadership of a political party —*n.* a person engaged in insurgent activity —**in·sur'gent·ly** *adv.*

**in·sur·mount·a·ble** (in'sər mount'ə bəl) *adj.* not surmountable; that cannot be passed over or overcome; insuperable —**in'sur·mount'a·bil'i·ty** *n.* —**in'sur·mount'a·bly** *adv.*

**in·sur·rec·tion** (in'sə rek'shən) *n.* [LME < MFr < LL *insurrectio*, pp. of L *insurgere*: see INSURGENT] a rising up against established authority; rebellion; revolt —**in'sur·rec'tion·al** *adj.* —**in'sur·rec'tion·ar'y** *n., adj., pl.* **-ar·ies** —**in'sur·rec'tion·ist** *n.*

**in·sus·cep·ti·ble** (in'sə sep'tə bəl) *adj.* not susceptible (*to* or *of*); not easily affected or influenced —**in'sus·cep·ti·bil'i·ty** *n.* —**in'sus·cep'ti·bly** *adv.*

**Int** *abbrev.* 1 interest 2 interim 3 interior 4 interjection 5 internal 6 international 7 intransitive

**Int** *abbrev. Football* interception: sometimes written **int** or **INT**

See the inside front cover for pronunciation information.
The symbol ☆ is used to mark terms of American origin.

CEV0035867