# EXHIBIT L

# Webster's New World™

# Computer Dictionary

### NINTH EDITION

*The Best Computer Dictionary in Print*

Completely revised and updated

Contains extensive coverage of Internet and multimedia terms

More than 4,500 words, phrases, abbreviations, and acronyms

BRYAN PFAFFENBERGER

WE DEFINE YOUR WORLD™

Case 6:22-cv-00285-ADA-DTG   Document 45-12   Filed 12/12/22   Page 3 of 4

Webster's New World™ Computer Dictionary, Ninth Edition

Copyright © 2001 by Hungry Minds, Inc.

Hungry Minds, Inc.
909 Third Ave.
New York, NY 10022
www.hungryminds.com

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the Publisher.

For general information on Hungry Minds' products and services please contact our Customer Care department; within the U.S. at 800-762-2974, outside the U.S. at 317-572-3993 or fax 317-572-4002. For sales inquiries and reseller information, including discounts, bulk sales, customized editions, and premium sales, please contact our Customer Care department at 800-434-3422.

A Webster's New World™ Book

WEBSTER'S NEW WORLD DICTIONARY is a registered trademark of Hungry Minds, Inc.

Library of Congress Control Number: 2001091950

ISBN 0-7645-6325-4

Cataloging-in-publication information available upon request.

Manufactured in the United States of America

5  4  3  2

## Abo

**Bryan Pfaffenberger** is Associ[ate]
at the University of Virginia. An
the public, he is the author of
Internet technology.

## Acknowledgments

No work of this scope could ha[ve]
book is no exception. I'd like to
including acquisitions editor She
nical editor Travis Silvers. This is 
me bring to fruition the most 
Ultimately, though, the responsi[bility]
and mine alone, so please address
your contribution reflected in th

## Trademarks

All terms in this book that are k[nown]
priately capitalized. Hungry Min[ds]
Use of a term in this book shoul[d]
or service mark.

specific domains (such as ca [Canada], uk [United Kingdom], and it [Italy]). In 1998, new top-level domains were added (arts, firm, info, nom, rec, shop, web) under the supervision of the Generic Top Level Domain Memorandum of Understanding (gTDL-MoU). See *arts, domain name, firm, gTDL-MoU, info, nom, rec, shop, web.*

**topology**   See *network topology.*

**touch screen**   See *touch-sensitive display.*

**touch-sensitive display**   A display designed with a pressure-sensitive panel mounted in front of the screen. One selects options by pressing the screen at the appropriate place. Touch-sensitive displays are typically used for public-access information purposes in such settings as museums, supermarkets, and airports. Synonymous with touch screen.

**tower case**   A system unit case designed to stand vertically on the floor rather than sit horizontally on a desk. Tower cases usually have much more room for accessories than desktop cases and permit one to move noisy components, including cooling fans and hard disks, away from the immediate work area.

**tpi**   See *tracks per inch.*

**TPS**   Acronym for transaction processing system. A system that handles the day-to-day operations of a company; examples include sales, purchases, orders, and returns.

**track**   On a floppy or hard disk, one of many concentric rings that are encoded on the disk during the low-level format and that define distinct areas of data storage on the disk. See *cluster, sector.*

**trackball**   An input device, designed to replace the mouse, that moves the mouse pointer onscreen as one uses his or her thumb or fingers to rotate a ball embedded in the keyboard or in a case near the keyboard. Unlike a mouse, a trackball does not require a flat, clean surface to operate; as a result, trackballs are often used with portable or notebook computers. See *built-in pointing device, clip-on pointing device, freestanding pointing device, snap-on pointing device.*

**track buffering**   A hard disk design feature in which the entire contents of a hard disk track are read into a memory area, regardless of how much of the information on the track is requested by the hard disk controller and host adapter. Track buffering eliminates the need for interleaving, so all track-buffered disks (all modern hard disks and most Enhanced Small Device Interface [EDSI] drives are track-buffered) should have interleave factors of 1.

**trackpad**   A pointing device that enables a person to move the mouse pointer by sliding a finger around on a touch-sensitive surface. To click, one taps his or her finger on the surface or press a button.

**tracks per inch (tpi)**   A measurement of the data-storage density of magnetic disks, such as floppy disks. The greater the tpi, the more data the disk can hold. In DOS, double-density 5¼-inch floppy disks are formatted with 48 tpi, and high-density 5¼-inch disks are formatted with 96 tpi. High-density 3½-inch floppy disks are formatted with 135 tpi.

**track-to-track seek time**   The time a hard or floppy disk drive requires to move the read/write head from one track to the next. Track-to-track seek time is much less important than access time in comparing disk drives.

**tractor feed**   A printer paper-feed mechanism in which continuous paper is pulled (or pushed) into and through the printer with a sprocket wheel. The sprockets fit into prepunched holes on the left and right edges of the paper. Dot-matrix printers normally come with tractor-feed mechanisms. Tractor-feed printers require

one to spend time carefully separa[ting] pages after printing.

**trademark**   A form of intellectu[al prop]erty (IP) protection that is gra[nted to] words, phrase, symbols, or designs, [or com]binations of these that uniquely [identify] the source of goods from competi[tors. A] similar form of protection, called a [service] mark, is available to companies that [sell] services rather than goods.) A firm t[hat] uses a trademark possesses the right [to reg]ister it with a national trademark [office;] once registration is in hand, the fi[rm can] more easily prevent its competito[rs from] emulating the protected trademark. [Unlike] copyrights and patents, tradema[rks are] granted in perpetuity as long as the[y are in] continued use. See *copyright, intellect[ual prop]erty (IP), patent, trade secret.*

**trade secret**   A form of intellectu[al prop]erty (IP) protection that enables f[irms to] protect knowledge or techniques [that are] essential to their capability to c[ompete] effectively. Unlike patents, trade se[crets are] not subject to time limitations, [and the] underlying knowledge or technolo[gy need] not be disclosed in a formal appl[ication.] However, trade secret protection c[eases to] exist the moment the secret is made [public,] even by illegal means. In the Unite[d States,] trade secret protection is governed [by state] rather than federal law and is su[bject to] certain restrictions, such as the r[ight of] users to reverse-engineer a product [to gain] access to knowledge that is not su[bject to] trade secret protection. See *intellect[ual prop]erty (IP), patent, reverse engineering.*

**traffic**   The volume of messages s[ent over] a network.

**transactional application**   In [a local-] area network (LAN), a program tha[t creates] and maintains a master record of [all the] transactions in which network part[icipants] engage, such as filling out invoices [or other] billing forms. If a system crash resul[ts…]