## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| CUTTING EDGE VISION, L.L.C. )<br>)<br> Plaintiff )<br>)<br> vs. )<br>)<br>TCL TECHNOLOGY GROUP )<br>CORPORATION, TCL ELECTRONICS )<br>HOLDINGS LIMITED, TCL )<br>COMMUNICATION TECHNOLOGY )<br>HOLDINGS LIMITED, and TCL )<br>COMMUNICATIONS LIMITED )<br>)<br> Defendants. ) | Case No. 6:22-CV-00285-ADA-DTG |

**JUSTIN J. LESKO'S DECLARATION IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' RULE 12(C) MOTION**

I, Justin J. Lesko, declare as follows.

1. I am a Partner at the Law Offices of Lisa & Lesko, LLC and am one of the attorneys representing Cutting Edge Vision, LLC ("CEV") in this matter. I make this declaration in support of CEV's Response to Defendants' Rule 12(c) Motion. If called to testify under oath in court, I could and would testify competently as to the facts stated herein.

2. I have reviewed Exhibit A, Cutting Edge Vision's Statement of Material Facts from the Public Record, and I believe it fairly and accurately reproduces facts from the complaint, patents, and file histories.

3. Attached hereto as Exhibit C is a true and correct copy of U.S. Patent No. 10,063,761, marked as Plaintiff's Exhibit 4.

4. Attached hereto as Exhibit D is a true and correct copy of U.S. Patent No. 11,153,472, marked as Plaintiff's Exhibit 4A.

5.      Attached hereto as Exhibit E are true and correct copies of certain portions of the file history of U.S. Patent No. 10,063,761.

6.      Attached hereto as Exhibit F are true and correct copies of certain portions of the file history of U.S. Patent No. 11,153,472.

7.      Attached hereto as Exhibit G are true and correct copies of certain portions of the file history of U.S. Patent No. 9,936,116.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief, formed after reasonable inquiry under the circumstances

Date: April 27, 2023          By:   /s/ Justin J. Lesko

                                    Justin J. Lesko