# EXHIBIT E



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| 107554 | 7590 | 05/29/2018 |
|---|---|---|

JUSTIN LESKO
LAW OFFICES OF STEVEN G. LISA, LTD.
C/O INTELLEVATE, LLC.
900 Second Ave S. Suite 600
MINNEAPOLIS, MN 55402

| EXAMINER |
|---|
| FULLER, RODNEY EVAN |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2852 | |

DATE MAILED: 05/29/2018

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/950,370 | 11/24/2015 | Jeffrey C. Konicek | Torpere-F04-512 | 6709 |

TITLE OF INVENTION: AUTOMATIC UPLOAD OF PICTURES FROM A CAMERA

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $1000 | $0 | $0 | $1000 | 08/29/2018 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.** THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. <u>THIS STATUTORY PERIOD CANNOT BE EXTENDED.</u> SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Maintenance fees are due in utility patents issuing on applications filed on or after Dec. 12, 1980. It is patentee's responsibility to ensure timely payment of maintenance fees when due. More information is available at www.uspto.gov/PatentMaintenanceFees.**

Page 1 of 3

PTOL-85 (Rev. 02/11)

# PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to:** <u>Mail</u> Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
or <u>Fax</u> (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

107554    7590    05/29/2018
JUSTIN LESKO
LAW OFFICES OF STEVEN G. LISA, LTD.
C/O INTELLEVATE, LLC.
900 Second Ave S. Suite 600
MINNEAPOLIS, MN 55402

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)
_____ (Signature)
_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/950,370 | 11/24/2015 | Jeffrey C. Konicek | Torpere-F04-512 | 6709 |

TITLE OF INVENTION: AUTOMATIC UPLOAD OF PICTURES FROM A CAMERA

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $1000 | $0 | $0 | $1000 | 08/29/2018 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| FULLER, RODNEY EVAN | 2852 | 396-056000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
   ☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
   ☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
   (1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
   (2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

   1 _____
   2 _____
   3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
   PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

   (A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :   ☐ Individual   ☐ Corporation or other private group entity   ☐ Government

4a. The following fee(s) are submitted:
   ☐ Issue Fee
   ☐ Publication Fee (No small entity discount permitted)
   ☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): **(Please first reapply any previously paid issue fee shown above)**
   ☐ A check is enclosed.
   ☐ Payment by credit card. Form PTO-2038 is attached.
   ☐ The director is hereby authorized to charge the required fee(s), any deficiency, or credits any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. **Change in Entity Status** (from status indicated above)
   ☐ Applicant certifying micro entity status. See 37 CFR 1.29    NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
   ☐ Applicant asserting small entity status. See 37 CFR 1.27    NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
   ☐ Applicant changing to regular undiscounted fee status.    NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____    Date _____

Typed or printed name _____    Registration No. _____

Page 2 of 3

PTOL-85 Part B (10-13) Approved for use through 10/31/2013.    OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

CEV-0030605



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/950,370 | 11/24/2015 | Jeffrey C. Konicek | Torpere-F04-512 | 6709 |

| 107554   7590   05/29/2018 | EXAMINER |
|---|---|
| JUSTIN LESKO<br>LAW OFFICES OF STEVEN G. LISA, LTD.<br>C/O INTELLEVATE, LLC.<br>900 Second Ave S. Suite 600<br>MINNEAPOLIS, MN 55402 | FULLER, RODNEY EVAN |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2852 | |

DATE MAILED: 05/29/2018

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

Page 3 of 3

PTOL-85 (Rev. 02/11)

**OMB Clearance and PRA Burden Statement for PTOL-85 Part B**

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**Privacy Act Statement**

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:
1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

| | Application No. | Applicant(s) |
|---|---|---|
| **Notice of Allowability** | 14/950,370 | KONICEK, JEFFREY C. |
| | Examiner | Art Unit | AIA (First Inventor to File) Status |
| | RODNEY FULLER | 2852 | No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *applicant's amendments dated 12/20/2017 and 02/08/2018*.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on_____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☒ The allowed claim(s) is/are *21 and 23-40*. As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   a) ☐ All   b) ☐ Some  *c) ☐ None of the:
      1. ☐ Certified copies of the priority documents have been received.
      2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
      3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
   * Certified copies not received: _____.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.
   ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____.
   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☐ Notice of References Cited (PTO-892)
2. ☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
4. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .

5. ☐ Examiner's Amendment/Comment
6. ☐ Examiner's Statement of Reasons for Allowance
7. ☒ Other *Drawings& Specification 12/20/2017 entered*.

/RODNEY FULLER/
Primary Examiner, Art Unit 2852

U.S. Patent and Trademark Office
PTOL-37 (Rev. 08-13)                         Notice of Allowability                Part of Paper No./Mail Date 20180423

CEV-0030608

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | | |
|---|---|---|---|---|
| Title | : | AUTOMATIC UPLOAD OF PICTURES FROM A CAMERA | | |
| Serial. No. | : | 14/950,370 | Confirmation No. : | 6709 |
| Applicant | : | Jeffrey C. Konicek | TC/A.U. : | 2852 |
| Filed | : | November 23, 2015 | Examiner : | Rodney E. Fuller |
| | | | | |
| Docket No. | : | Torpere-F04-512 | | |
| Customer No. | : | 107554 | | |

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

## SUPPLEMENTAL AMENDMENT TO THE CLAIMS

Dear Examiner:

In view of subject matter the Examiner found allowable in related Application No. 15,188,736, Applicant files herewith a supplemental amendment to the claims to also place the claims herein in condition for allowance. This amendment supplements Applicant's response to non-final office action and related amendments timely filed on December 20, 2017.

**Amendments to the Claims** begin on page 2 below.

**Applicant's Interview Summary and Remarks** begin on page 9 below.

**AMENDMENTS TO THE CLAIMS**

This listing of claims will replace all prior versions, and listings, of claims in the application.

1 – 20. (Canceled)

21. (Currently Amended) A camera system comprising:

(a) a lens;

(b) a ~~WIFI~~ cellular interface;

(c) an image sensor configured to take pictures;

(d) a non-volatile local memory configured to store one or more pictures;

(e) a touch sensitive display, ~~configured to display:~~

~~(1) a user-selectable menu option to designate one or more pictures stored in the non-volatile memory to be uploaded to a remote picture hosting service; and~~

~~(2) a user-selectable menu option to enable a controller to automatically connect to the remote picture hosting service and upload designated pictures stored in the non-volatile memory via the WIFI interface;~~

(f) ~~the~~ a controller configured to:

(i) receive, via the touch sensitive display, a user selection of an upload option that instructs the device to confine automatic picture upload to periods without potential cellular network access fees;

(ii) automatically connect to ~~the~~ a remote picture hosting service and cause an upload of one or more pictures stored in the non-volatile memory to the remote picture hosting service via the ~~WIFI~~ cellular interface, after ~~predetermined conditions are met, the predetermined conditions including~~ receiving:

(1) data from the cellular interface used by the controller to determine that the upload is allowed based on the selected upload option, ~~an indication that the menu options of elements (e)(1) and (e)(2) have been enabled; and~~

(2) an indication that the system is connected to the internet via the ~~WIFI~~ cellular interface; and

2

<ins>(3) an indication from the local memory that a user has elected an option to designate at least one picture from the group of pictures stored in the local memory to be uploaded to the remote picture hosting service.</ins>

~~(g) a wireless cellular interface;~~

~~(h) the touch-sensitive display further configured to display a user-selectable menu option to enable the controller to automatically connect to the remote picture hosting service and upload designated pictures stored in the non-volatile memory via the wireless cellular interface;~~

~~(i) the controller further configured to automatically connect to the remote picture hosting service and cause an upload of one or more pictures stored in the non-volatile memory to the remote picture hosting service via the wireless cellular interface, after predetermined conditions are met, the predetermined conditions including receiving:~~

~~(1) an indication that the menu options of elements (e)(4) and (h) have been enabled; and~~

~~(2) an indication that the system is connected to the internet via the wireless cellular interface.~~

22. (Canceled).

23. (Previously Presented) The camera system of claim 21 wherein the remote picture hosting service is associated with an email account.

24. (Previously Presented) The camera system of claim 21 further comprising:
   (g) a voice recognizer (1) coupled to and configured to receive and process sounds transduced by at least one microphone, and (2) configured to recognize one or more words associated with an operation for the camera;
   (h) the controller further configured to cause the camera to perform the operation associated with the one or more words recognized by the voice recognizer.

25. (Previously Presented) The camera system of claim 21, wherein the remote picture hosting service includes printing services.

CEV-0030660

26. (Previously Presented) The camera system of claim 21 further comprising a camera body and a stylus housed within the camera body.

27. (Currently Amended) The camera system of claim 21, wherein the controller is further configured ~~with a picture editor for~~to ~~creating~~ create and ~~storing~~ store a picture sequence file in the non-volatile memory, the picture sequence file comprising:
    (1) a first picture taken with the image sensor and stored in the non-volatile memory;
    (2) a second picture taken with the image sensor and stored in the non-volatile memory;
    (3) data from a sound file downloaded via the WIFI interface and stored in the non-volatile memory.

28. (Previously Presented) The camera system of claim 27, wherein the controller is further configured to upload the picture sequence file to the remote picture hosting service via the WIFI interface.

29. (Previously Presented) The camera system of claim 21 wherein the controller is configured to receive a selection of specific pictures stored in the non-volatile memory to be uploaded to the remote picture hosting service.

30. (Currently Amended) The camera system of claim 21 further comprising:
    (g) first and second microphones facing different directions and configured to receive and detect sound signals; and
    (h) a detector coupled to the microphones and configured to receive, process and combine sound signals detected at the microphones. ~~A camera system comprising:~~
    ~~(a) a lens;~~
    ~~(b) two or more network interfaces, including at least a WIFI interface and a wireless cellular interface;~~
    ~~(c) an image sensor configured to take pictures;~~
    ~~(d) a non-volatile memory configured to store one or more pictures;~~
    ~~(e) a touch sensitive display configured to display:~~

4

~~(1) a user-selectable menu option to designate one or more pictures stored in the non-volatile memory to be uploaded to a remote picture hosting service; and~~

~~(2) a user-selectable menu option to enable a controller to automatically connect to the remote picture hosting service and upload designated pictures stored in the non-volatile memory; and~~

~~(f) the controller configured to:~~

~~(1) automatically connect to the remote picture hosting service and cause an upload of one or more pictures stored in the non-volatile memory to the remote picture hosting service via one of the two or more network interfaces, after predetermined conditions are met, the predetermined conditions including receiving:~~

~~(i) an indication that the menu options of elements (e)(1) and (e)(2) have been enabled, and~~

~~(ii) an indication that the system is connected to the internet via at least one of the two or more network interfaces; and~~

~~(2)     cause the upload to occur via the WIFI interface if the system is connected to the internet via both the WIFI interface and the wireless cellular interface.~~

31. (Currently Amended) The camera system of claim 30 wherein the ~~remote picture hosting service is associated with an email account~~ detector is coupled to a voice recognizer.

32. (Currently Amended) The camera system of claim ~~30~~ 21 further comprising:

(g) the non-volatile local memory configured to maintain and store a plurality of recognizable words having different plain meanings and commonly associated with taking a picture, the recognition of any of which will cause the camera to take a picture;

(h) the controller including a control program having instructions to control and respond to a voice recognizer;

(i) the voice recognizer (1) coupled to and configured to receive and process sounds transduced by at least one microphone, and (2) configured to receive a first and a second human sound spoken by the same person, wherein the voice recognizer is operable to recognize using speaker-independent voice-recognition;

5

<u>(i) the first human sound as a first human spoken word from among the plurality, the recognized first human spoken word being assigned by the control program to be a command for the camera to take a picture, and</u>

<u>(ii) the second human sound as a second human spoken word from among the plurality, the recognized second human spoken word being different from the first human spoken word and also simultaneously assigned by the control program to be the same camera command to take a picture</u><s>recognize one or more words associated with an operation for the camera;</s>

<s>(h) the controller further configured to cause the camera to perform the operation associated with the one or more words recognized by the voice recognizer.</s>

33. (Currently Amended) The camera system of claim <s>30</s><u>32</u>, wherein the <u>voice recognizer is configured to receive and process a third human sound to be recognized as a third word that is different from the first and second words and is used by the control program to perform a second camera command</u><s>remote picture hosting service includes printing services</s>.

34. (Currently Amended) The camera system of claim <s>30</s> <u>33, wherein the controller is configured to delay the second camera command for an intentional period of time after the voice recognizer recognizes the third word</u><s>further comprising a camera body and a stylus housed within the camera body</s>.

35. (Currently Amended) The camera system of claim <s>30</s><u>32</u>, wherein <u>one of the words is "snap."</u><s>the controller is further configured with a picture editor for creating and storing a picture sequence file in the non-volatile memory, the picture sequence file comprising:</s>

<s>(1) a first picture taken with the image sensor and stored in the non-volatile memory;</s>
<s>(2) a second picture taken with the image sensor and stored in the non-volatile memory;</s>
<s>(3) data from a sound file downloaded via one of the two or more interfaces and stored in the non-volatile memory.</s>

CEV-0030663

36. (Currently Amended) The camera system of claim ~~35~~32, wherein <ins>one of the words is "cheese."</ins> ~~the controller is further configured to upload the picture sequence file to the remote picture hosting service via one of the two or more interfaces.~~

37. (Currently Amended) The camera system of claim ~~30~~ 21 wherein the controller is configured to <ins>cause uploaded pictures to thereafter be transmitted to another party</ins>~~receive a selection of specific pictures stored in the non-volatile memory to be uploaded to the remote picture hosting service.~~

38. (Currently Amended) A camera system comprising:
   (a) a lens;
   (b) ~~two or more network interfaces, including at least a WIFI interface and~~ a ~~wireless~~ cellular interface;
   (c) an image sensor configured to take pictures;
   (d) a non-volatile memory configured to store one or more pictures;
   (e) a touch sensitive display ~~configured to display:~~
      ~~(1) a user-selectable menu option to designate one or more pictures stored in the non-volatile memory to be uploaded to a remote picture hosting service;~~
      ~~(2) a user-selectable menu option to enable a controller to automatically connect to the remote picture hosting service and upload designated pictures stored in the non-volatile memory via at least one of the network interfaces;~~
   ~~(3) a user-selectable menu option to enable the controller to automatically connect to a home computer and upload designated pictures stored in the non-volatile memory via the WIFI interface~~; and
   (f) ~~the~~ <ins>a</ins> controller configured to
      (1) <ins>receive, via the touch sensitive display, a user selection of an upload option that instructs the device to confine automatic picture upload to periods without potential cellular network access fees;</ins>
      <ins>(2)</ins> automatically connect to ~~the~~ <ins>a</ins> remote picture hosting service and cause an upload of one or more pictures stored in the non-volatile memory to the remote picture hosting service via ~~at least one of the network~~<ins>the cellular</ins> interface~~s~~, after

7

~~predetermined conditions are met, the predetermined conditions including at least~~ receiving:

(i) <u>data from the cellular interface used by the controller to determine that the upload is allowed based on the selected upload option</u>~~an indication that the menu options of elements (e)(1) and (e)(2) have been enabled~~;

(ii) an indication that the system is connected to the internet via ~~either of~~ the ~~network~~ <u>cellular</u> interface~~s~~ to the remote picture hosting service<u>; and</u>

<u>(iii) an indication from the local memory that a user has elected an option to designate at least one picture from the group of pictures stored in the local memory to be uploaded to the remote picture hosting service;</u>

(<s>2</s><u>3</u>)   automatically ~~connect to the home computer and~~ cause an upload of one or more pictures stored in the non-volatile memory to ~~the~~ <u>a</u> home computer via the ~~WIFI~~ <u>cellular</u> interface, after predetermined conditions are met, the predetermined conditions including at least receiving:

(i) <u>data from the cellular interface used by the controller to determine that the upload is allowed based on the selected upload option</u>~~an indication that the menu options of elements (e)(1) and (e)(3) have been enabled~~; <u>and</u>

(ii) an indication <u>from the local memory that a user has elected an option to designate at least one picture from the group of pictures stored in the local memory to be uploaded to the home computer</u>~~that the system is connected to the home computer via the WIFI interface~~.

39. (Previously Presented) The camera system of claim 38 further comprising:

   (g) a voice recognizer (1) coupled to and configured to receive and process sounds transduced by at least one microphone, and (2) configured to recognize one or more words associated with an operation for the camera;

   (h) the controller further configured to cause the camera to perform the operation associated with the one or more words recognized by the voice recognizer.

40. (Previously Presented) The camera system of claim 38 further comprising a camera body and a stylus housed within the camera body.

8

CEV-0030665

## INTERVIEW SUMMARY AND REMARKS

On January 30, 2018, Examiner Rodney Fuller and the undersigned counsel of record Justin Lesko conducted a brief interview. During the interview, Mr. Lesko pointed out that the Examiner issued a notice of allowance in related Application No. 15/188,736 ("the '736 Application") on January 19, 2018. Although Applicant maintains that the claims filed with Applicant's Response to NFOA dated December 20, 2017 are patentable, Mr. Lesko proposed that (in the interest of compact and efficient prosecution) an amendment to the claims should be filed in the present case to include the allowable subject matter from the '736 Application, which would result in prompt allowance. The Examiner agreed and instructed Applicant to file a supplemental amendment herein.

Accordingly, without prejudice or disclaimer of the previously claimed subject matter, which Applicant expressly reserves the right to pursue in one more continuation applications, Applicant has amended the claims as set forth herein to claim allowable subject matter from the '736 Application.

In view of the above, Applicant believes that claims 21 and 23-40 are in condition for allowance. If the Examiner has any questions or believes an interview would expedite prosecution of this case, please contact the undersigned.

Dated: February 8, 2018

Respectfully Submitted,

/Justin J. Lesko/

Justin J. Lesko
Reg. No. 69,643

Law Offices of Steven G. Lisa, Ltd.
55 East Monroe Street Suite 3800
Chicago, IL 60603
Telephone: (773) 484-3285

*Attorney for Applicant*

CEV-0030666