IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CUTTING EDGE VISION, LLC § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 6:22-CV-00285-ADA |
| § | |
| TCL TECHNOLOGY GROUP § | JURY TRIAL DEMANDED |
| CORPORATION, TCL ELECTRONICS § | |
| HOLDINGS LIMITED, TCL § | |
| COMMUNICATION TECHNOLOGY § | |
| HOLDINGS LIMITED, and TCL § | |
| COMMUNICATION LIMITED § | |

Defendants.

## AGREED MOTION TO AMEND SCHEDULING ORDER

Plaintiff Cutting Edge Vision, LLC and Defedants TCL Technology Group Corporation, TCL Electronics Holding Limited, TCL Communication Technology Holdings Limited, and TCL Communication Limited (collectively, "TCL") submit this Joint Motion to Amend the Scheduling Order and respectfully request the Court enter the Parties agreed scheduling order attached as Exhibit A. Specifically, the Parties request the Court extend the current deadlines, including the trial date, approximately ten weeks to afford the Parties more time to complete discovery.

The Parties have diligently worked together to meet the current close of fact discovery. However, most of the witnesses are located outside of the United States and require additional logistics and coordination in order to complete these depositions. Due to these hurdles, as well as the schedules of the witnesses and the Parties, it has become apparent more time is needed to

complete discovery and prepare for expert reports and trial. Therefore, the Parties respectfully request the Court enter the Agreed Scheduling Order attached as Exhibit A.

Dated: July 20, 2023

Respectfully submitted,

By: __/s/ Justin J. Lesko_____
Justin J. Lesko
IL Bar No. 6306428
*Admitted Pro Hac Vice*
Law Offices of Lisa & Lesko, LLC
55 East Monroe Street, Suite 3800
Chicago, IL 60603
Tel: (774) 484-3285
justinlesko@patentit.com

Steven G. Lisa
IL Bar No. 6187348
*Admitted Pro Hac Vice*
Law Offices of Lisa & Lesko, LLC
55 East Monroe Street, Suite 3800
Chicago, IL 60603
Tel: (774) 484-3285
stevelisa@patentit.com

Eamon Kelly
IL Bar No. 6296907
*Admitted Pro Hac Vice*
SPERLING & SLATER, LLC
55 West Monroe Street, 32nd Floor
Chicago, IL 60603
Tel: (312) 641-3200
Fax: (312) 641-6492
ekelly@perling-law.com

David N. Deaconson
Texas Card Bar #05673400
PAKIS, GIOTES, PAGE & BURLESON, P.C.
P.O. Box 58
Waco, Texas 76703-0058
(254) 297-7300 Phone
(254) 297-7301 Facsimile
deaconson@pakislaw.com

*Counsel for Plaintiff Cutting Edge Vision, LLC*

Dated: July 20, 2023

Respectfully submitted,

By: _/s/ Mark D. Siegmund_
**CHERRY JOHNSON SIEGMUND JAMES, PLLC**
Mark D. Siegmund
Gregory Phillip Love
400 Austin Ave., 9th Floor
Waco, Texas 76701
Telephone: (254) 732-2242
Facsimile: (866) 627-3509

**RIMON P.C.**
Thomas Fawell
Texas State Bar No. 24118098
700 Milam Street, Suite 1300
Houston, TX 77002
Telephone/Facsimile: (832) 404-2051

Jason Liang Xu (*PHV admitted*)
DC Bar No. 980531
1990 K Street NW, Suite 420
Washington, D.C. 20006
Telephone/Facsimile: (202) 470-2141

Eric Cohen (*PHV admitted*)
2530 Meridian Parkway, #300
Durham, North Carolina 27713
Telephone/Facsimile: (919) 241-7495

*Counsel for Defendants TCL Technology Group Corporation, TCL Electronics Holdings Limited, TCL Communication Technology Holdings Limited, and TCL Communication Limited*