UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Cutting Edge Vision, LLC

vs.                                                                                 Case No.: 6:22-cv-00285-ADAS

TCL Technology Group Corporation, TCL Electronics
Holdings Limited, TCL Communication Technology
Holdings Limited, and TCL Communication Limited

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Michael F. Heafey__, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent __TCL Technology Group Corporation, TCL Electronics Holdings Limited, TCL Communication Technology Holdings Limited, and TCL Communication Limited__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of)

    __Rimon, P.C.__ with offices at:

    Mailing address: __800 Oak Grove Avenue, Suite 250__

    City, State, Zip Code: __Menlo Park, California 94025__

    Telephone: __650-461-4433__        Facsimile: __650-461-4433__

2. Since __06/18/1991__, Applicant has been and presently is a member of and in good standing with the Bar of the State of __California__.

    Applicant's bar license number is __153499__

3. Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    |---|---|
    | U.S. Court of Appeals, 9th Circuit | 04/14/1997 |
    | USDC Central Dist. of CA | 01/10/2008 |
    | USDC Eastern Dist. of CA | 01/27/1997 |
    | USDC Northern Dist. of CA | 08/23/1993 |
    | USDC Southern Dist. of CA | 11/24/1997 |
    | Dist. of Massachusetts | 03/29/1991 |
    | U.S. Court of Appeals, Federal Circuit | 12/02/1996 |
    | U.S. Supreme Court | 05/06/2011 |
    | Supreme Judicial Court of Massachusetts | 12/13/1990 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: _Mark D. Siegmund; Cherry Johnson Siegmund James, PLLC_

Mailing address: _400 Austin Ave., 9th Floor_

City, State, Zip Code: _Waco, TX 7601_

Telephone: _254732-2242_

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of _Michael F. Heafey_ to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

_Michael F. Heafey_
[printed name of Applicant]

/s/ Michael F. Heafey
[signature of Applicant]

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 24th day of July, 2023.

_Michael F. Heafey_
[printed name of Applicant]

_Michael F. Heafey_
[signature of Applicant]