UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION 

Cutting Edge Vision, LLC

vs.                                              Case No.:   6:22-cv-00285-ADAS

TCL Technology Group Corporation , TCL Electronics Holdings Limited, TCL Communication Technology Holdings Limited, and TCL Communication Limited

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by __Michael F. Heafey_____, counsel for __TCL Technology Group Corporation, TCL Electronics Holdings Limited, TCL Communication Technology Holdings Limited, and TCL Communication Limited__, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and __Michael F. Heafey_____ may appear on behalf of __TCL Technology Group Corporation, TCL Electronics Holdings Limited, TCL Communication Technology Holdings Limited, and TCL Communication Limited__ in the above case.

IT IS FURTHER ORDERED that __Michael F. Heafey_____, if he/~~she~~ has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.


_____
Honorable Alan D. Albright
Please Choose Judge