IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CUTTING EDGE VISION, LLC § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 6:22-CV-00285-ADA |
| § | |
| TCL TECHNOLOGY GROUP § | JURY TRIAL DEMANDED |
| CORPORATION, TCL ELECTRONICS § | |
| HOLDINGS LIMITED, TCL § | |
| COMMUNICATION TECHNOLOGY § | |
| HOLDINGS LIMITED, and TCL § | |
| COMMUNICATION LIMITED § | |
| | |
| Defendants. | |

## AGREED AMENDED SCHEDULING ORDER

Pursuant to the Order Governing Proceedings, and pursuant to Rule 16, Federal Rules of Civil Procedure, the Court **ORDERS** that the following schedule will govern the remaining deadlines up to and including the trial of this matter:

| Original Deadline | Amended Deadline | Item |
|---|---|---|
| 8/7/2023 | October 16, 2023 | Close of Fact Discovery. The Parties agree that neither party may serve any new discovery requests (ROGs, RFPs, RFAs, or deposition notices). This does not prevent either party from seeking relief from the Court on discovery already served or if information is discovered in the course of depositions. |
| 8/14/2023 | October, 23, 2023 | Opening Expert Reports |
| 9/11/2023 | November 20, 2023 | Rebuttal Expert Reports |
| 10/2/2023 | December 11, 2023 | Close of Expert Discovery |

| Original Deadline | Amended Deadline | Item |
|---|---|---|
| 10/9/2023 | December 11, 2023 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court's law clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a **Joint Report within 5 business days** regarding the results of the meet and confer. |
| 10/16/2023 | December 18, 2023 | Dispositive motion deadline and *Daubert* motion deadline.<br><br>*See* General Issues Note #7 regarding providing copies of the briefing to the Court and the technical advisor (if appointed). |
| 10/30/2023 | January 8, 2024 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| 11/13/2023 | January 15, 2024 | Parties to jointly email the Court's law clerk (See OGP at 1) to confirm their pretrial conference and trial dates. |
| 11/13/2023 | January 15, 2024 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| 11/20/2023 | January 22, 2024 | Serve objections to rebuttal disclosures and **File** Motions *in-limine*. |
| 11/27/2023 | January 29, 2024 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |

| Original Deadline | Amended Deadline | Item |
|---|---|---|
| 12/4/2023 | February 5, 2024 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com. <br><br>Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| 12/15/2023 | February 16, 2024 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| 12/18/2023 | February 19, 2024 | **Final Pretrial Conference.** Held in person unless otherwise requested. |
| 1/8/2023 | **March 11, 2024** | **Jury Selection/Trial** |

SIGNED this 24th day of July, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE