**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

<table>
<tr>
<td>

CUTTING EDGE VISION, LLC,
an Arizona Limited Liability Company,

        Plaintiff,

        v.

TCL TECHNOLOGY GROUP
CORPORATION, TCL ELECTRONICS
HOLDINGS LIMITED, TCL
COMMUNICATION TECHNOLOGY
HOLDINGS LIMITED, and TCL
COMMUNICATION LIMITED,

        Defendants.

</td>
<td>

Civil Action No.: 6:22-CV-00285-ADA-DTG

TRIAL BY JURY DEMANDED

</td>
</tr>
</table>

**JOINT STIPULATION REGARDING INFRINGEMENT**

Plaintiff Cutting Edge Vision, LLC ("CEV") and Defendants TCL Technology Group Corporation, TCL Electronics Holdings Limited, TCL Communication Technology Holdings Limited, and TCL Communication Limited (collectively, "TCL") hereby stipulate as follows:

In order to simplify discovery and the trial of CEV's infringement assertions in this case, the parties agree that the TCL10L phone updated to Android Version # 11 with Google Photos version # 5.57.0.394309483 (delivered to CEV's counsel as indicated in Invoice #169458 dated July 24, 2023) shall be considered representative of all of the Accused Devices listed in CEV's Second Amended Complaint (Dkt. # 68) for the purpose of determining infringement in this litigation of

the following CEV claims:  Claims 1-4 and 16 of U.S. Patent 10,063,761 and Claims 1, 2, 5, and 6 of U.S. Patent 11,153,472.

The parties stipulate and agree to limit discovery, expert reports, evidence, testimony, and the trial on the merits of the infringement issues in this case to the representative TCL10L device. The parties further agree that any finding of infringement or non-infringement with respect to the representative TCL10L device shall apply to all Accused Devices listed in CEV's Second Amended Complaint (Dkt. # 68).

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

**RIMON P.C.**

_/s/ David N. Deaconson_

David N. Deaconson
Texas Card Bar #05673400
PAKIS, GIOTES, PAGE &
BURLESON, P.C.
P.O. Box 58
Waco, TX  76703-0058
(254) 297-7300 Phone
(254) 297-7301 Facsimile
deaconson@pakislaw.com
*Local Counsel for Plaintiff*

 and

Justin J. Lesko
IL Bar No. 6306428
*Admitted Pro Hac Vice*
Steven G. Lisa
IL Bar No. 6187348
*Admitted   Pro   Hac   Vice*
55 East Monroe Street, Suite 3800
Chicago, IL 60603
Tel.: (480) 442-0297
JustinLesko@patentit.com
SteveLisa@patentit.com

Eamon Kelly
IL Bar No. 6296907
*Admitted Pro Hac Vice*

_/s/ Jason Liang Xu_

Jason Liang Xu (*pro hac vice admitted*)
DC Bar No. 980531
1990 K Street NW, Suite 420
Washington, D.C. 20006
Telephone/Facsimile: (202) 470-2141

Thomas Fawell
Texas State Bar No. 24118098
700 Milam Street, Suite 1300
Houston, TX 77002
Telephone/Facsimile: (832) 404-2051

Eric Cohen (*pro hac vice admitted*)
P.O. Box B113
150 Fayetteville St., Suite 2800
Raleigh, NC 27601-2960
Telephone/Facsimile: (919) 825-4877

*Counsel for Defendants TCL Technology Group Corporation, TCL Electronics Holdings Limited, TCL Communication Technology Holdings Limited, and TCL Communication Limited*

SPERLING & SLATER, PC
55 West Monroe Street, 32nd Floor
Chicago, IL 60603
Tel.: (312) 641-3200
Fax: (312) 641-6492
ekelly@sperling-law.com

*Lead Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above document has been delivered to all counsel of record through the Court's CM/ECF service on this 25th day of July, 2023.

/s/ David N. Deaconson
David N. Deaconson