**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| CUTTING EDGE VISION, LLC, an Arizona Limited Liability Company, | |
| Plaintiff, | Civil Action No.: 6:22-CV-00285-ADA-DTG |
| v. | TRIAL BY JURY DEMANDED |
| TCL TECHNOLOGY GROUP CORPORATION, TCL ELECTRONICS HOLDINGS LIMITED, TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, and TCL COMMUNICATION LIMITED, | |
| Defendants. | |

## JOINT STIPULATION REGARDING BUSINESS RECORDS

Plaintiff Cutting Edge Vision, LLC ("CEV") and Defendants TCL Technology Group Corporation, TCL Electronics Holdings Limited, TCL Communication Technology Holdings Limited, and TCL Communication Limited (collectively, "TCL") hereby stipulate as follows:

For the purposes of this litigation to streamline the case, and to moot the need for "testimony of the custodian or another qualified witness," the documents bates labeled TCT-CEV-00000001-121 and TCT-CEV-00000131-0628 are "Records of a Regularly Conducted Activity" of TCT Mobile (US) Inc., under Rule 803(6) of the Federal Rules of Evidence because (A) those records were made at or near the time by — or from information transmitted by — someone with knowledge; (B) those records kept in the course of a regularly conducted activity of a business,

organization, occupation, or calling, whether or not for profit; (C) making the records was a regular

practice of that activity; (D) all these conditions are shown by the testimony of the custodian or

another qualified witness, or by a certification that complies with Rule 902(11) or (12) or with a

statute permitting certification; and (E) neither the source of information nor the method or

circumstances of preparation indicate a lack of trustworthiness.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

<table>
<tr><td>

*/s/ David N. Deaconson*

David N. Deaconson
Texas Card Bar #05673400
PAKIS, GIOTES, PAGE &
BURLESON, P.C.
P.O. Box 58
Waco, TX  76703-0058
(254) 297-7300 Phone
(254) 297-7301 Facsimile
deaconson@pakislaw.com
*Local Counsel for Plaintiff*

 and

Justin J. Lesko
IL Bar No. 6306428
*Admitted Pro Hac Vice*
Steven G. Lisa
IL Bar No. 6187348
*Admitted    Pro    Hac    Vice*
55 East Monroe Street, Suite 3800
Chicago, IL 60603
Tel.: (480) 442-0297
JustinLesko@patentit.com
SteveLisa@patentit.com

Eamon Kelly
IL Bar No. 6296907
*Admitted Pro Hac Vice*
SPERLING & SLATER, PC
55 West Monroe Street, 32nd Floor
Chicago, IL 60603
Tel.: (312) 641-3200

</td><td>

**RIMON P.C.**

*/s/ Jason Liang Xu*

Jason Liang Xu (*pro hac vice admitted*)
DC Bar No. 980531
1990 K Street NW, Suite 420
Washington, D.C. 20006
Telephone/Facsimile: (202) 470-2141

Thomas Fawell
Texas State Bar No. 24118098
700 Milam Street, Suite 1300
Houston, TX 77002
Telephone/Facsimile: (832) 404-2051

Eric Cohen (*pro hac vice admitted*)
P.O. Box B113
150 Fayetteville St., Suite 2800
Raleigh, NC 27601-2960
Telephone/Facsimile: (919) 825-4877

*Counsel for Defendants TCL Technology Group Corporation, TCL Electronics Holdings Limited, TCL Communication Technology Holdings Limited, and TCL Communication Limited*

</td></tr>
</table>

Fax: (312) 641-6492
ekelly@sperling-law.com

*Lead Counsel for Plaintiff*

3

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above document has been delivered to all counsel of record through the Court's CM/ECF service on this 31st day of August, 2023.

*/s/ David N. Deaconson*

David N. Deaconson
