IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CUTTING EDGE VISION, LLC § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 6:22-CV-00285-ADA-DTG |
| § | |
| TCL TECHNOLOGY GROUP § | JURY TRIAL DEMANDED |
| CORPORATION, TCL ELECTRONICS § | |
| HOLDINGS LIMITED, TCL § | |
| COMMUNICATION TECHNOLOGY § | |
| HOLDINGS LIMITED, and TCL § | |
| COMMUNICATION LIMITED § | |
| | |
| Defendants. | |

**JOINT MOTION TO STAY CASE PENDING MEDIATION**

The parties, Plaintiff Cutting Edge Vision, LLC ("CEV") and Defendants, TCL Technology Group Corporation, TCL Electronics Holdings Limited, TCL Communication Technology Holdings Limited, and TCL Communication Limited (collectively "TCL") hereby jointly move to stay this case for thirty days pending participation of the parties in the Court-approved Alternative Dispute Resolution process with Magistrate Judge Manske. The purpose of the stay is for the parties to focus on the mediation process rather than trying to meet the current discovery and expert report deadlines. The parties are currently attempting to schedule the mediation within the thirty-day period of the stay. Accordingly, the parties also hereby move to extend the schedule as set forth in Exhibit A, attached hereto.

**Respectfully Submitted By:**

|  |  |
|---|---|
|  | **RIMON P.C.** |
| /s/ *David N. Deaconson* | /s/ *Jason Liang Xu* |
| David N. Deaconson | Jason Liang Xu (*pro hac vice admitted*) |
| Texas Card Bar #05673400 | DC Bar No. 980531 |
| PAKIS, GIOTES, PAGE & | 1990 K Street NW, Suite 420 |
| BURLESON, P.C. | Washington, D.C. 20006 |
| P.O. Box 58 | Telephone/Facsimile: (202) 470-2141 |
| Waco, TX 76703-0058 | |

(254) 297-7300 Phone
(254) 297-7301 Facsimile
deaconson@pakislaw.com
*Local Counsel for Plaintiff*
 and

Justin J. Lesko
IL Bar No. 6306428
*Admitted Pro Hac Vice*
Steven G. Lisa
IL Bar No. 6187348
*Admitted Pro Hac Vice*
55 East Monroe Street, Suite 3800
Chicago, IL 60603
Tel.: (480) 442-0297
JustinLesko@patentit.com
SteveLisa@patentit.com

Eamon Kelly
IL Bar No. 6296907
*Admitted Pro Hac Vice*
SPERLING & SLATER, PC
55 West Monroe Street, 32nd Floor
Chicago, IL 60603
Tel.: (312) 641-3200
Fax: (312) 641-6492
ekelly@sperling-law.com

*Lead Counsel for Plaintiff*

Thomas Fawell
Texas State Bar No. 24118098
700 Milam Street, Suite 1300
Houston, TX 77002
Telephone/Facsimile: (832) 404-2051

Eric Cohen (*pro hac vice admitted*)
P.O. Box B113
150 Fayetteville St., Suite 2800
Raleigh, NC 27601-2960
Telephone/Facsimile: (919) 825-4877

*Counsel for Defendants TCL Technology Group Corporation, TCL Electronics Holdings Limited, TCL Communication Technology Holdings Limited, and TCL Communication Limited*

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the above document has been delivered to all counsel of record through the Court's CM/ECF service on this 9th day of October, 2023.

                                              */s/ David N. Deaconson*
                                              David N. Deaconson